THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
601 West Fifth Street, Eighth Floor
Los Angeles, California 90071
Telephone: (213) 225-5850

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS FLORES,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD;<br>JOSEPH GALLAND;<br>and DOES 1-10,<br><br>    Defendants. | Case No.: 1:17-cv-01393- JLT<br><br>**~~PROPOSED~~ ORDER REGARDING FIRST AMENDED COMPLAINT**<br><br>(Doc. 15) |

~~Proposed~~ Order

The parties have stipulated to the plaintiff filing an amended complaint. (Doc 15) Based upon the stipulation, the Court ORDERS:

    1.    The stipulation is **GRANTED**. Plaintiff may file his First Amended Complaint, which was attached to the stipulation as Exhibit A **within three court days**;

    2.    The stipulation does not waive any rights the defendants have to respond to the complaint and to assert defenses.

IT IS SO ORDERED.

    Dated:   **January 19, 2018**          **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE