UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS FLORES,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD,, et al.,<br><br>        Defendants. | Case No.: 1:17-cv-01393- JLT<br><br>**ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE**<br><br>(Doc. 23) |

The parties have stipulated to amend the case schedule due to the delays in obtaining the juvenile court records and the transcript from the criminal prosecution of the plaintiff. (Doc 23) Due to the nature of the allegations of the complaint, the Court agrees that these records may be significant to the prosecution and defense of the action. Thus, the Court **ORDERS**:

    1.    The stipulation is **GRANTED** and the case schedule is amended as follows:

        a.    All non-expert discovery **SHALL** be completed **no later than February 21, 2019** and all expert discovery **SHALL** be completed **no later than April 25, 2019**;

        b.    Experts **SHALL** be disclosed **no later than March 8, 2019** and rebuttal experts **SHALL** be disclosed **no later than April 5, 2019**;

        c.    Non-dispositive motions **SHALL** be filed **no later than May 7, 2019** and heard **no later than June 4, 2019**;

1          d.      Dispositive motions **SHALL** be filed **no later than June 18, 2019** and heard **no later than July 30, 2019**;

         e.      The pretrial conference is **CONTINUED** to **September 16, 2019** at 10:00 a.m.;

         f.      The trial is **CONTINUED** to **October 28, 2019** at 8:30 a.m.;

         g.      The settlement conference is **CONTINUED** to **February 7, 2019** at 10:30 a.m., Courtroom 6, before Magistrate Judge Jeremy D. Peterson.

IT IS SO ORDERED.

Dated:    **October 9, 2018**                 **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE