Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD and JOSEPH GALLAND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS FLORES, | Case No. 1:17-CV-01393-JLT |
| Plaintiff, | **FURTHER STIPULATION TO MODIFY THE SCHEDULING ORDER; [PROPOSED] ORDER THEREON** |
| vs. | |
| CITY OF BAKERSFIELD, JOSEPH GALLAND, and DOES 1-10, | |
| Defendants. | |

**RECITALS**

1. WHEREAS, on January 11, 2018, this Court issued its Scheduling Order [Dkt. No. 14];

2. WHEREAS, on October 5, 2018, the Parties filed a Stipulation to Modify the Scheduling Order [Dkt. No. 23];

3. WHEREAS, on October 9, 2018, the Court granted the Parties' Stipulation and amended the case schedule [Dkt. No. 24];

4. WHEREAS it took until August 30, 2018 to obtain records from the Juvenile Court, which in turn significantly delayed the Parties ability to conduct discovery;

5. WHEREAS, the Parties have exchanged initial written discovery and have noticed the depositions of the Plaintiff, Defendant Joseph Galland, and two percipient witnesses for January 7, 2019, and January 11, 2019. However, the Defendants still have not received the complete criminal transcripts and were informed on December 4, 2018 that at least one of the trial transcripts has been lost by the Court Reporter and she is doing further research to locate it. There remain at least five (5) additional dates from the criminal trial that have still not been received despite requesting them months ago;

6. WHEREAS the Plaintiff intends to obtain additional medical records that were not produced in response to Defendants' subpoenas to various medical facilities;

7. WHEREAS both Plaintiff's counsel and Defense counsel are scheduled to commence a two-week trial in *Grismore, et. al., v. City of Bakersfield, et. al.,* 1:17-cv-00413 on January 14, 2019, limiting their ability to conduct additional depositions in January;

8. WHEREAS, in light of the above and as set forth in the Mid-Discovery Status Conference Report and the Stipulation to Modify the Scheduling Order [Dkt. No. 23], the Parties do not believe that it is feasible to comply with the current schedule set forth in the Court's Order Granting Stipulation to Amend the Case Schedule [Dkt. No. 24].

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the following deadlines and hearings are requested to be continued as follows:

| Deadline/Hearing | Current Date | Requested Date |
|---|---|---|
| Non-Expert Discovery Cutoff | 02/21/2019 | 05/22/2019 |
| Expert Disclosures | 03/08/2019 | 06/06/2019 |
| Rebuttal Expert Disclosures | 04/05/2019 | 07/05/2019 |
| Expert Discovery Cutoff | 04/25/2019 | 07/24/2019 |
| File Non-Dispositive Motions | 05/07/2019 | 08/05/2019 |
| Hear Non-Dispositive Motions | 06/04/2019 | 09/02/2019 |
| File Dispositive Motions | 06/18/2019 | 09/16/2019 |
| Hear Dispositive Motions | 07/30/2019 | 10/28/2019 |
| Settlement Conference | 02/07/2019 | 05/08/2019 |
| Pre-Trial Conference | 09/16/2019 | 12/9/2019 |

Trial                              08/12/2019              01/27/2020

Dated: December 6, 2018.           MARDEROSIAN & COHEN


                                        */s/ Michael G. Marderosian*
                                   By:_____
                                        Michael G. Marderosian,
                                        Attorneys for Defendants



Dated: December 6, 2018            THE LAW OFFICE OF THOMAS C. SEABAUGH


                                        */s/ Thomas c. Seabaugh*
                                   By:_____
                                        Thomas C. Seabaugh,
                                        Attorney for Plaintiff


## ORDER

Pursuant to the Further Stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the Scheduling Order be modified as follows:

| Deadline/Hearing | Current Date | Requested Date |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | 02/21/2019 | 05/22/2019 |
| Expert Disclosures | 03/08/2019 | 06/06/2019 |
| Rebuttal Expert Disclosures | 04/05/2019 | 07/05/2019 |
| Expert Discovery Cutoff | 04/25/2019 | 08/16/2019 |
| File Non-Dispositive Motions | 05/07/2019 | 09/06/2019 |
| Hear Non-Dispositive Motions | 06/04/2019 | 10/4/2019 |
| File Dispositive Motions | 06/18/2019 | 10/21/2019 |
| Hear Dispositive Motions | 07/30/2019 | 12/2/2019 |
| Settlement Conference | 02/07/2019 | VACATED |
| Pre-Trial Conference | 09/16/2019 | 1/23/2020 |

*///*

| | | |
|---|---|---|
| Trial | 08/12/2019 | 03/9/2020 |

IT IS SO ORDERED.

Dated: **December 6, 2018**      **/s/ Jennifer L. Thurston**
                              UNITED STATES MAGISTRATE JUDGE