# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Flores, | CASE NO. 1:17-cv-01393 JLT |
| Plaintiff, | |
| v. | ORDER (1) SETTING SETTLEMENT CONFERENCE, (2) REQUIRING PERSONAL ATTENDANCE BY CERTAIN INDIVIDUALS, (3) REQUIRING SETTLEMENT CONFERENCE STATEMENT, AND (4) SCHEDULING PRE-CONFERENCE TELEPHONIC DISCUSSION |
| City of Bakersfield, | |
| Defendant, | |

Magistrate Judge Jeremy D. Peterson will hold a settlement conference on **February 7, 2019 at 10:00 a.m.** in Courtroom 6 at the U.S. District Court, 2500 Tulare Street, Fresno, California, 93721. The court expects that the parties will proceed with the settlement conference in good faith and attempt to resolve all or part of the case. If any party believes that the settlement conference will not be productive, that party shall so inform the court as far in advance of the settlement conference as possible. Unless otherwise permitted in advance by the court, the following individuals must attend the settlement conference in person: (1) all of the attorney(s) who will try the case; (2) the parties; and (3) individuals with full authority to negotiate and settle the case, on any terms.

On or before February 5, 2019, prior to the settlement conference, each party must submit to Judge Peterson's chambers at jdporders@caed.uscourts.gov a confidential settlement conference

1

statement. These statements should neither be filed on the docket nor served on any other party. The statements should be marked "CONFIDENTIAL" and should state the date and time of the conference. The statements should not be lengthy but should include (1) a brief recitation of the facts; (2) a discussion of the strengths and weaknesses of the case; (3) an itemized estimate (in dollars) of the expected costs for further pretrial and trial matters; (4) an estimate of recovery (in dollars) should this case proceed to trial; and (5) a candid statement of the party's position on settlement, including a history of settlement discussions, any current settlement offers (in dollars) from any party, expectations for settlement discussions, and **the amount (in dollars) that the party will accept to settle**; and (6) a list of the individuals who will be attending the settlement on the party's behalf.

Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: January 30, 2019

_____
UNITED STATES MAGISTRATE JUDGE