THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
601 West Fifth Street, Eighth Floor
Los Angeles, California 90071
Telephone: (213) 225-5850

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS FLORES,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF BAKERSFIELD;<br>JOSEPH GALLAND;<br>and DOES 1-10,<br><br>        Defendants. | Case No.: 1:17-cv-01393- JLT<br><br>~~PROPOSED~~ ORDER REGARDING<br>**DEPOSITION OF DETECTIVE<br>REX DAVENPORT**<br>(Doc. 28) |

1

Case No.: 1:17-CV-01393-JLT

PROPOSED ORDER REGARDING FIRST AMENDED COMPLAINT

1 ~~Proposed~~ Order

2     Before the Court is a stipulation among the parties.  Having reviewed the parties'

3 stipulation and accompanying documents, and good cause appearing, it is ordered as follows:

4     The parties are granted leave to conduct the deposition of Rex Davenport on May 29,

5 2019. As stated in the parties' stipulation, no other deadlines are affected by this order.

6

7 IT IS SO ORDERED.

8     Dated:   **May 17, 2019**                        **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 1:17-CV-01393-JLT