1  Michael G. Marderosian, No. 077296
   Heather S. Cohen, No. 263093
2  MARDEROSIAN & COHEN
   1260 Fulton Street
3  Fresno, CA 93721
   Telephone:  (559) 441-7991
4  Facsimile: (559) 441-8170

5  Virginia Gennaro, No. 138877
   City Attorney
6  CITY OF BAKERSFIELD
   1501 Truxtun Avenue
7  Bakersfield, CA  93301
   Telephone:  (661) 326-3721
8  Facsimile:  (661) 852-2020

9  Attorneys for:  Defendants CITY OF BAKERSFIELD and JOSEPH GALLAND

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13  JESUS FLORES,                          )   Case No.  1:17-CV-01393-JLT
                                           )
14                    Plaintiffs,          )   **DECLARATION OF JOSEPH**
                                           )   **"MITCH" GALLAND IN SUPPORT OF**
15         v.                              )   **DEFENDANTS' MOTION FOR**
                                           )   **SUMMARY JUDGMENT OR, IN THE**
16  CITY OF BAKERSFIELD;                   )   **ALTERNATIVE, PARTIAL SUMMARY**
    JOSEPH GALLAND; and                    )   **JUDGMENT**
17  DOES 1 to 10, inclusive,               )
                                           )   **DATE:  November 25, 2019**
18                    Defendants.          )   **TIME: 9:30 a.m.**
                                           )   **JUDGE:  Jennifer L. Thurston**
19  _____)

20         I, Joseph "Mitch" Galland, hereby declare as follows:

21         1.     I am currently a Sergeant with the Bakersfield Police Department.

22         2.     In or around May 2015, I was a Detective in the Bakersfield Police Department's

23  "Special Victims Unit" ("SVU").

24         3.     On May 21, 2015, at approximately 5:15 p.m., I was contacted by Sergeant Burdick

25  and advised that patrol officers were investigating a possible child abuse incident.  This is the type of

26  incident that is normally handled by SVU and Sergeant Burdick ordered me to assume control of the

27  investigation.  At the time of this call, it was my understanding that the involved child, "M.F." had

28  already been transported to Bakersfield Memorial Hospital.

MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721

4.     As a result, Sergeant Burdick and I responded to Bakersfield Memorial Hospital to investigate the incident further.  Upon our arrival, I learned that M.F. had been placed in a medically induced coma to stabilize him and that he had been placed on a ventilator due to respiratory difficulties.

5.     I spoke briefly with a pediatric specialist at the hospital,  Dr. Burney, and responded to the Emergency Department at the request of the attending physician, Dr. Wade Naven.  Dr. Burny advised me that the child had suffered significant brain injuries and was bleeding internally.  Dr. Naven advised me that when M.F. was brought in, he noted that M.F. was in respiratory distress and had some bruising on his cheeks.  Dr. Naven advised me that he had ordered a CT scan and that the results of the CT indicated M.F. was suffering from an acute subdural hematoma, as well as older healed subdural hematomas.  Dr. Naven also advised me that he believed the injuries were the result of abuse.  He also advised me that he did not believe the bruising on M.F.'s face was the result of CPR.

6.     After taking photographs of M.F.'s face, I proceeded to make contact with M.F.'s mother, Sara Guzman, who was in the "Serenity Room" of the hospital. Ms. Guzman advised me that M.F. had no medical problems or allergies that she was aware of and that the child had been seen by his physician approximately one month earlier.  Ms. Guzman talked to me about M.F.'s schedule that day, indicating that she, her mother, her aunt, and her cousins had left around 2 p.m. to get a haircut and look at gym memberships, leaving Jesus Flores home alone to take care of M.F.  M.F.'s mother returned to the residence briefly before leaving again to go to the Farmer's Market.  Jesus Flores was left alone to care for M.F.  During this discussion, I also obtained a medical release for M.F.'s records from Ms. Guzman.

7.     I proceeded to re-contact the attending emergency room physician, Dr. Naven, who advised me that M.F. was going to be transferred to Valley Children's Hospital.  At this time, Dr. Naven showed me CT scan images of M.F.'s brain and provided me the radiology report.  Dr. Naven told me he believed the child had a reasonable chance of survival but there was a high probability the child would suffer significant permanent brain damage as a result of the injuries.  I took a copy of the CT Imaging Report so that it could be booked into evidence.

8.      At this point, I made contact with Detective McAfee, who was assisting me in the investigation, and was at M.F.'s residence.  Detective McAfee advised he would be en route back to the police department to author a search warrant and that Jesus Flores would be transported back to the Bakersfield Police Department.  In addition, two other relatives (Jose Mendez and Christopher Guzman) were going to drive themselves to the police station.

9.      I proceeded to ask Ms. Guzman and her mother if they could make their own way to the Bakersfield Police Department so that we could continue our investigation.  They agreed to meet me there.

10.      We proceeded to interview each of the family members individually.  The following is not intended to be a complete recitation of all information provided.  I did summarize the key information provided during these interviews in my report, which I am attaching as Exhibit "A" hereto.  In addition, these interviews were all recorded and booked into evidence.

a.      At approximately 7:58 p.m, we began interviewing Mariana Ramirez, who is the aunt of M.F.'s mother.  She recounted the day which was consistent with what M.F.'s mother had told me in terms of going to the gym about gym memberships and Jesus Flores watching M.F.  She also told me that the baby appeared to be fussy and to have trouble swallowing but was able to drink a bottle and she burped him.  She also advised me she noted bruises on both of M.F.'s cheeks.

b.      At approximately 8:17 p.m., we interviewed Araceli Reyes who related essentially the same story as Mariana Ramirez.

c.      At approximately 8:39 p.m., we interviewed Jose Mendez, who is M.F.'s grandfather.  Mr. Mendez, who lives in the same house as M.F., Jesus Flores, and M.F.'s mother, left for work at 5:15 a.m. and did not get back home until after 4 p.m.  He was at the Farmer's Market with M.F.'s mother when she got the call about M.F.  Mr. Mendez recounted that he had heard that M.F. had been crying all day and also that he noticed there was a small scratch on M.F.'s face but did not notice any marks or bruising.  Mr. Mendez did tell us he did not feel that Jesus Flores took very good care of the baby because he was always playing video games.  He also advised us that he had seen Jesus Flores lose his temper when M.F. was fussy and was yelling at the baby because he would not stop crying.  Mr. Mendez also advised us that Jesus Flores took anti-anxiety medication.

1       d.      At approximately 9:04 p.m., we interviewed Christopher Guzman, who is the

2   brother of M.F.'s mother.  Christopher left with Jose Mendez for work around 5 a.m. and did not get

3   home until 4 p.m. Mr. Guzman advised us he did not hold or feed the baby much.  He also said that

4   M.F. appeared to be happy, smiling, and eating normally and did not seem sick in any way.

5       e.      At approximately 9:20 p.m., we interviewed Geneveva Ramirez, M.F.'s

6   material grandmother.  Ms. Ramirez only resides part time at the residence with M.F.  She confirmed

7   that she, Ms. Guzman, and others went to get a haircut and look at gym memberships and that Jesus

8   Flores was responsible for taking care of M.F.  She advised that they had come home and then, around

9   3:45 p.m, had left again to go to the Farmer's Market.  When asked about the bruises on M.F.'s face,

10  she did say she had gotten a text message from Ms. Guzman asking if she had hit M.F. because of the

11  bruises.  She told me that M.F. did not have bruises on his face on Sunday and had pictures to prove

12  it.  These pictures were provided to me and scanned into my report.

13      f.      At approximately 10:21 p.m., we interviewed M.F.'s  mother, Sara Guzman.

14  Prior to doing so, I advised her of her rights under the *Miranda* decision.  M.F.'s mother advised me

15  she lived at the residence with Jesus Flores, her mother, her stepfather, her brother, and M.F.  She told

16  me about M.F.'s birth and about some health issues he had about a month earlier.  She told me about

17  the events that day in terms of waking up, going back to sleep, and then going out around 2 p.m. to

18  run errands and look into a gym membership.  Jesus Flores was watching M.F. during this time.

19  M.F.'s mother returned around 3 p.m.  She left again at 3:45 p.m. leaving just M.F. and Jesus Flores

20  together.  Shortly thereafter, she got a phone call from Jesus Flores saying that the baby was not

21  breathing.  She told him to call 9-1-1 and then later went to the hospital.  When asked about the

22  bruises on M.F.'s face, Ms. Guzman told me there were no bruises on his face Saturday but she started

23  asking everybody about the bruises on Monday because that is when she saw them.  She had no

24  explanation for the bruises.

25      g.      At approximately 11 p.m., we interviewed Jesus Flores.  After obtaining general

26  identifying information and family background, I advised him of his rights under *Miranda*.  Mr. Flores

27  indicated that he understood and agreed to speak with me.  The interview was recorded and booked

28  into evidence.  A copy of the transcripts are attached to the accompanying Declaration of Michael G.

1   Marderosian as Exhibit 13.  Briefly, he told me that he had woken up sometime between 11 a.m. and

2   12 p.m. (he had been up late playing video games).  He stated that M.F. was very fussy and he took

3   him outside around 1 p.m. at which time he rocked him and fell asleep.  Mr. Flores told me he gave

4   M.F. a shower, changed him, and made him a bottle and then M.F. took a nap.  Mr. Flores told me that

5   M.F. was in his bassinet sleeping when he started coughing and then choking and that he had noticed

6   M.F. had stopped breathing.  Mr. Flores told us that he picked M.F. up and he started to breathe again

7   and then stopped.  Mr. Flores stated he went to the shower, turned on the water, and splashed water

8   on M.F.'s face.  M.F. gasped and seemed to wake up and then immediately lost consciousness again.

9   Mr. Flores told me he called 9-1-1 and followed instructions on CPR.  Mr. Flores advised that when

10  he was doing CPR, he noticed blood coming out of M.F.'s nose.  Mr. Flores told us he takes anti-

11  anxiety medication as needed.  He had noticed the bruises on M.F.'s face on Sunday night and also

12  saw red marks in the white portion of M.F.'s eyes.  At this point, we advised Mr. Flores of the nature

13  of his son's injuries and while he initially denied doing anything wrong, he admitted he does

14  sometimes get frustrated and flustered.  He admitted that he was flustered with M.F. on the porch

15  because he was being fussy and he was supposed to "live stream" his video game.  Jesus Flores

16  showed us, using a doll, how he shook M.F.  He started as though he was rocking the baby in his lap

17  and then accelerated and showed a significantly more violent shaking motion.  Video excerpts of this

18  are attached as Exhibit 26 to the accompanying Declaration of Michael G. Marderosian.

19      11.     After Mr. Flores admitted to having become frustrated and flustered and had likely

20  shaken him harder than he meant to, we consulted with an on-scene social worker and Sergeant.  There

21  had been no updated medical information.  Based on that, I decided it would not be prudent to arrest

22  Mr. Flores at that time.

23      12.     On May 22, 2015, I was forwarded medical reports from Valley Children's Hospital

24  in Madera.  A bone scan showed M.F. had several fractures to his left humerus and both of his femurs,

25  as well as a possible fracture of his ulna.  The medical report classified the injuries as "non-accidental

26  trauma".  Additionally, an MRI was conducted of M.F.'s brain which showed several brain injuries

27  that were characterized as "non-accidental trauma".  I spoke with Dr. Hyden, who was the medical

28  director of The Guilds Child Abuse Prevention and Treatment Center at Valley Children's Hospital

1  at the time of the interview, who told me more tests were going to be conducted and that he had not

2  had a chance to review all of the case files but what he had seen up to that point was clearly indicative

3  of child abuse.  Over the weekend, I was advised that M.F.'s condition had worsened and that M.F.

4  had numerous seizures and had been placed on seizure medication and remained on a ventilator.

5          13.     On May 25, 2015, I was advised that M.F.'s eye examination revealed numerous retinal

6  hemorrhages and that M.F. had likely suffered severe irreversible brain damage.

7          14.     On May 26, 2015, I received a message from Genoveva Ramirez who indicated she had

8  found another photo on her phone which showed a broken blood vessel in M.F.'s left eye.  I returned

9  the call asking for the photo and advised Ms. Ramirez I wanted to speak with M.F.'s mother again.

10         15.     Ms. Ramirez and Sara Guzman arrived at Bakersfield Police Department at around 3

11  p.m.  At about 3:19 p.m., I interviewed Ms. Guzman again.  This interview was audio and video

12  recorded and booked into evidence.  I re-advised Ms. Guzman of her *Miranda* rights and obtained

13  medical releases from her for M.F.'s records from San Joaquin Memorial Hospital, Bakersfield

14  Memorial Hospital, and Kaiser Medical.  M.F.'s mother told me she was concerned she might have

15  injured M.F. by picking him up by his arms.  She also told me that Jesus Flores had told her that

16  during the time he was taking care of M.F. when M.F. was in respiratory distress, he had anxiety

17  attacks and blacked out.  I went over the timeline from May 21, 2015 again with her.   In addition to

18  leaving M.F. alone with Mr. Flores when she and her family went to look at the gym and when she

19  and her mother went to the Farmer's Market, Jesus Flores was alone with M.F. while Ms. Guzman

20  and her mother were making lunch.  I asked her what Jesus Flores does when M.F. becomes fussy but

21  she wasn't around to help.  She said she did not know.  Guzman stated that when M.F. gets fussy,

22  Jesus Flores usually hands him off but Ms. Guzman did not know what Mr. Flores did when he was

23  unable to hand him off.   I then ended the interview.

24         16.     Later in the afternoon of May 26, 2015, I spoke with Dr. Hyden who told me he was

25  still reviewing medical records and had not formed his formal opinion but the injuries and documents

26  strongly indicated M.F. had been abused on this occasion and previous occasions.  I spoke with Dr.

27  Hyden about Dr. Naven's assessment in terms of when the injury would have occurred.  Dr. Hyden

28  told me that based on the injuries he had seen, it was "highly likely" that the brain injury which caused

1   M.F. to stop breathing likely occurred no more than ten minutes before M.F. stopped breathing and

2   possibly immediately after the injury occurred.

3        17.   On May 27, 2015 and May 28, 2015, I received updates from medical social workers

4   at Valley Children's Hospital.  I was told Ms. Guzman now felt her mother had caused the injuries to

5   M.F.  However, based on the timeline from Dr. Hyden, I was even more certain Ms. Ramirez was not

6   involved as the only person with M.F. for the 15 minutes prior to his respiratory distress was Jesus

7   Flores.

8        18.   On May 29, 2015 at approximately 2:50 p.m., Jesus Flores was taken into custody and

9   transported to the Police Department where he was interviewed again.  The interview was recorded

10  and a transcript of the interview is attached as Exhibit 13 to the accompanying Declaration of Michael

11  G. Marderosian.  I advised Mr. Flores of his *Miranda* rights again.  I told Mr. Flores that M.F. had

12  suffered brain damage as a result of being shaken.  Mr. Flores originally tried to blame Ms. Ramirez.

13  I told Mr. Flores that the injuries suffered by M.F. likely happened 10-15 minutes prior to when M.F.

14  stopped breathing and he was the only person alone with the baby during that time.  During the

15  interview, Mr. Flores said that if he had done this, even by accident, then we should just take him to

16  jail.  He stated he was guilt stricken but would not explain how M.F. had received all of the previous

17  injuries.  When it became clear to me that Jesus Flores had no intention of explaining the incident or

18  taking responsibility, I ended the interview and arrested him for: (1) Violation of Penal Code 273ab(b)

19  – Child Abuse Causing Significant Brain Injury or Paralysis; (2) Violation of Penal Code 273a(a) –

20  Willful Harm or Injury to a Child; and (3) Violation of Penal Code 245(a)(4) – Assault Resulting in

21  Great Bodily Injury.

22       19.   On June 1, 2015, I spoke with Mr. Flores's sister-in-law who advised that she believed

23  that Ms. Ramirez had caused M.F.'s injuries.

24       20.   Later in the afternoon, I also spoke with Dr. Hyden again.  Dr. Hyden updated me on

25  M.F.'s condition and told me that following his review of the injuries and test results, it was his

26  opinion that the injuries were the result of child abuse.  He re-affirmed his opinion that the brain injury

27  occurred no more than ten minutes prior to the onset of respiratory failure.  And that the injuries

28  included a severe traumatic brain hemorrhage.  Dr. Hyden detailed other injuries which he felt were

1  indicative of M.F. having been shaken and abused.  I asked about other causes for these injuries and

2  Dr. Hyden advised that the injuries were not the result of picking up the child by his arms or as a result

3  of a natural birth.  Dr. Hyden told me he reviewed the blood work and other diagnostic tests and noted

4  no reason for the fractures other than abuse.

5  21.  On June 2, 2015, I submitted my police report to the Kern County District Attorney's

6  office.  Shortly thereafter, the Kern County District Attorney's office also obtained copies of the video

7  interviews, audio interviews, and photographs that had been part of the investigation.

8  22.  On June 10, 2015, I received a call from one of Jesus Flores's friends who could not

9  understand why Jesus Flores had been arrested.  The friend advised me that Jesus had told her that he

10  was alone with M.F., who was choking on throw up and so he shook him because he thought M.F. was

11  going to pass out.  I asked her if he said he shook the baby and she said he used the word "shook".

12  23.  On June 18, 2015, I obtained a copy of the call between Jesus Flores and the Fire

13  Department dispatcher.

14  24.  On July 16, 2015, I spoke with social worker Jeanette Shaw who said she had a call

15  with Mr. Flores and the friend I had spoken with on June 10, 2015.  Ms. Shaw told me that Jesus

16  Flores told her that he "didn't hurt the baby" and "didn't shake him that hard".

17  25.  On August 19, 2015, I spoke with Genoveva Ramirez again regarding the accusations

18  that had been made against her – *i.e.*, that she was responsible for M.F.'s injuries.  Nothing discovered

19  during that interview led me to believe that Ms. Ramirez was responsible for M.F.'s injuries.

20  26.  After submitting my report to the Kern County District Attorney on June 2, 2015, I had

21  no other communication regarding whether or not the District Attorney intended to pursue criminal

22  charges against Mr. Flores.

23  27.  At no time during either the District Attorney's evaluation of whether to file criminal

24  charges against Mr. Flores or during the criminal prosecution of Mr. Flores, did I exert any control or

25  direction over the decisions of the prosecuting District Attorneys, who are employed by the Kern

26  County District Attorney's office, or over any judge or judicial officer.

27  28.  Other than as detailed in the Police Report, I was not provided additional information

28  as to M.F.'s condition, foster care, and/or custody issues.  I was never advised at any time subsequent

to Mr. Flores's arrest that M.F. was allegedly displaying symptoms similar to what prompted his investigation or that there was a remote possibility that M.F.'s problems were the result of anything other than non-accidental trauma.

29.    I did not have any individual or personal interests in the outcome of the criminal proceedings initiated or maintained against Mr. Flores.

30.    My participation in the criminal proceedings of the Plaintiff was merely attendant to the performance of my job duties as a Bakersfield Police Department Officer.  Specifically, these job duties are to investigate crimes, arrest criminal suspects/perpetrators, and if called to do so, testify at criminal proceedings.

31.    At no time did I file, or caused to be filed, a criminal complaint against Mr. Flores arising out of the Mr. Flores' arrest.

32.    Prior to prosecuting Mr. Flores,  the Kern County District Attorney's Office requested and obtained copies of the police report (on multiple occasions), copies of all video interviews, including those depicting Mr. Flores' interview, copies of the photographs, and copies of all audio interviews. They had all of the available material from my investigation from which they could independently evaluate the case against Jesus Flores.

33.    My involvement in the investigation and arrest of Mr. Flores was relegated to conducting the underlying investigation, while the decision to prosecute remained solely with the Kern County District Attorney's Office.

34.    The extent of my involvement with the Kern County District Attorney's Office was to submit police reports and testify at trial.

35.    I did not provide misinformation, conceal exculpatory evidence, or otherwise engage in wrongful or bad faith conduct when communicating with the Kern County District Attorney's Office arising out of the arrest of Mr. Flores.

36.    The information submitted to the Kern County District Attorney's Office was truthful and in accordance with my observations during my investigation.

///

///

37.     The actions undertaken  by me – investigating and arresting Mr. Flores – were motivated out of legitimate law enforcement objectives of protecting children from possible child abuse  within the City of Bakersfield.

38.     Prior to my interview of Mr. Flores on May 21, 2015, I had never had any contact with Mr. Flores.

39.     I was not motivated by any malice, animus, or hostility towards Mr. Flores in conducting the investigation and arrest of him.

40.     At no time did I influence or exert influence over the independent investigation and analysis performed by Child Protective Services in regard to M.F.

41.     I did not have any individual, personal interest in the outcome of the Child Protective Services investigation or recommendation regarding M.F.

42.     My participation in the investigation by Child Protective Services was solely to provide documentation requested by Child Protective Services.

43.     Child Protective Services obtained copies of all audio and video interviews, photographs, and reports. They also conducted their own investigation prior to rendering any recommendations regarding M.F.'s welfare.

44.     I did not provide misinformation, conceal exculpatory evidence, or otherwise engage in wrongful or bad faith conduct when communicating with Child Protective Services.

45.     The information submitted to Child Protective Services was truthful and in accordance with my observations during my investigation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on October 15, 2019, at Bakersfield, California.

*/s/ Joseph "Mitch" Galland*
_____
JOSEPH "MITCH" GALLAND

EXHIBIT A


**BAKERSFIELD POLICE DEPARTMENT**
Case 1:17-cv-01393-JLT  Document 32-6  Filed 10/21/19  Page 12 of 31
**GENERAL OFFENSE HARDCOPY**
RELEASED TO KC DISTRICT ATTORNEY'S OFFICE

GO# 2015-116676 DETECTIVE ARREST                    1315-2 AGG ASSAULT-CHILD ABUSE

## Related Text Page(s)

Document: **Investigator Follow Up**
Author: **1027 - GALLAND, JOSEPH**
Subject: **INITIAL FOLLOWUP AND INTERVIEW**
Related date/time: May-21-2015 (Thu.)

On 05/21/15, at about 1715 hours, I was advised by Sergeant Burdick that Patrol officers were investigating a possible child abuse incident. Sergeant Burdick advised that the victim, M███ F███, had already been transported to Bakersfield Memorial Hospital and there were preliminary indications that child had suffered injuries that were non-accidental. Sergeant Burdick ordered me to assume control of the investigation and designated Detective McAfee as my assisting investigator. Sergeant Burdick and I responded to Bakersfield Memorial Hospital while Detective McAfee responded to the offense location where officers were standing by with family members at 8709 Domingo Street.

Upon our arrival at Bakersfield Memorial Hospital, Sergeant Burdick and I learned that M███ F███ had been placed in a medically induced coma to stabilize him and he had been placed on a ventilator due to respiratory difficulties.

I spoke briefly with Dr. Burny who is a pediatric specialist and responded to the Emergency Department at the request of Dr. Naven. Dr. Burny advised that the child had suffered significant brain injuries and was bleeding internally.

I then spoke with Dr. Naven who was the attending physician. Dr. Naven advised that when the child was brought in, he noted that in addition to the respiratory distress the child had some bruising on his cheeks. Dr. Naven stated he was concerned about the bruising so he ordered a CT scan. Dr. Naven stated the results of the CT scan indicated that the child was suffering from an acute subdural hematoma, as well as older healed subdural hematomas, and his belief was that the injuries were the result of abuse. Dr. Naven stated the bruising on the face in his opinion was also not caused by CPR. I asked Dr. Naven how recent the acute brain injuries had been caused and he stated he believed the injuries were no more than 2 hours old.

I was later able to examine M███ F███ in the emergency room, and using Officer Mosqueda's digital camera I was able to document the some of the bruises on his left and right cheeks. Officer Mosqueda later downloaded those photographs to DIMS. Officer Mosqueda advised me that the victim's mother, SARA GUZMAN, was currently in one of the serenity rooms. Officer Mosqueda also advised me that upon her arrival the mother had made the statement to him without being asked that the baby was healthy and had never been dropped. I found that statement to be significant in that nobody had indicated that the child was injured in any way; only that he had difficulty breathing, and no specific question had been made to her at this time.

I contacted SARA GUZMAN in the serenity room, and I recorded the interview using my Bakersfield Police Department issued digital recorder. I later downloaded that recording to DIMS. I spoke with SARA GUZMAN regarding M███ F███, and she indicated that he had no medical problems or allergies that she was


BAKERSFIELD POLICE DEPARTMENT
Case 1:17-cv-01393-JLT   Document 32-6   Filed 10/21/19   Page 13 of 31
GENERAL OFFENSE HARDCOPY
RELEASED TO KC DISTRICT ATTORNEY'S OFFICE

GO# 2015-116676 DETECTIVE ARREST                    1315-2 AGG ASSAULT-CHILD ABUSE

aware of. He had last seen Dr. Angulo at Kaiser approximately one month earlier for his checkup, and he was scheduled to see Dr. Angulo within the next few days so he could receive his vaccinations. We briefly discussed M███████ F████████S' schedule today. She indicated she and her mother, her aunt, and some cousins had left around 2 o'clock to get a haircut and look at a gym membership, leaving JESUS FLORES home alone taking care of M██████ F████████. SARA GUZMAN said they returned to the residence at about 3 or 3:15, at which point she and her mother responded to Lamont to attend a farmers market where she met her father and older brother. Her aunt and cousins left the residence and went home, and again JESUS FLORES was left alone to care for M█████ F█████████.

During this time, I obtained a medical release for records at Bakersfield Memorial Hospital from SARA GUZMAN.

I recontacted Dr. Naven who advised that the child was going to be transferred to Valley Children's Medical Hospital. He also showed me the CT scan images of the injuries to ███████ ████████ brain and provided me with a copy of the imaging report issued by Dr. David Yuan. I seized a copy, scanned a copy in this report, and booked a copy into evidence. Dr. Naven indicated he believed the child had a reasonable chance of survival, but indicated he thought there was a high probability the child would suffer significant permanent brain damage as a result of the injuries.

At this point in the investigation I had contact with Detective McAfee who was on scene at 8709 Domingo Street. Detective McAfee advised he would be en route back to the police department to author a search warrant for the residence. Detective McAfee told me JESUS FLORES would be transported to the Bakersfield Police Department via patrol car, and JOSE MENDEZ and CHRISTOPHER GUZMAN were going to drive themselves to the police station.

At this point I asked SARA GUZMAN and her mother, GENEVEVA RAMIREZ, if they could make their own way to the Bakersfield Police Department so we could continue the investigation. They stated they could, and were ultimately driven to the police station by SARA GUZMAN's aunt, MARIANA RAMIREZ, who had also been present with the baby during the previous several hours.

Detective Davenport responded to the Bakersfield Police Department to assist in the investigation and participated in the interviews with me. All of the interviews were conducted in the upstairs Investigations interview room(blue room) and were audio and video recorded. A copy of the interviews were later booked into the BPD Property Room as evidence.

At about 1958 hours, we began interviewing MARIANA RAMIREZ, who is the aunt of SARA GUZMAN. She stated she had gone to the residence on Domingo Street with her daughter, ARACELI REYES, and her son, AUGUSTINE REYES, earlier in the day. She said she believed she got there a little before 2. They were there for about 15 minutes and then went to look at the gym to see about memberships. She said during this time they left the baby, M██████ F████████, with JESUS FLORES. MARIANA RAMIREZ stated they got back to the residence between 3 and 3:10. The only people at the residence when they arrived were JESUS FLORES and M█████ F████████. MARIANA RAMIREZ related that SARA GUZMAN and her mother needed to leave and



**BAKERSFIELD POLICE DEPARTMENT**
Case 1:17-cv-01393-JLT   Document 32-6   Filed 10/21/19   Page 14 of 31
**GENERAL OFFENSE HARDCOPY**
**RELEASED TO KC DISTRICT ATTORNEY'S OFFICE**

GO# 2015-116676 DETECTIVE ARREST                    1315-2 AGG ASSAULT-CHILD ABUSE

go to the farmers market, so she, her daughter, and her son left at around 1540 hours. MARIANA RAMIREZ stated while she was at the residence her sister, GENEVEVA RAMIREZ, showed her her new room decorations. She noted SARA was holding the baby and he appeared to be fussy. MARIANA RAMIREZ said she also held the baby and fed him. He seemed to be in minor distress and initially had trouble swallowing, but finally was able to drink from his bottle and she burped him. MARIANA RAMIREZ noted there were bruises on both of his cheeks when she was feeding him. MARIANA RAMIREZ stated when she was through feeding, M███ F███████ was still fussy and she gave him to her sister, GENEVEVA RAMIREZ.

I asked MARIANA RAMIREZ if she could remember where the baby was when they got home and she stated she did not remember, but she thought SARA had gone into her bedroom to get the baby, and she was fairly certain JESUS FLORES was in the bedroom as well. I asked MARIANA RAMIREZ how often she sees the baby, and she stated the last time she saw him was about 14 days ago. I ended the interview with MARIANA RAMIREZ.

At about 2017 hours, Detective Davenport and I interviewed ARACELI REYES. ARACELI REYES related essentially the same story as her mother, indicating they had gone to drop off her brother's homework; had eaten at Jack in the Box; went to the house at 8709 Domingo Street; and then went to look at the Planet Fitness gym. I asked ARACELI REYES who went to the gym and she stated she, her brother AUGIE, her mom, her aunt GENEVEVA RAMIREZ, and SARA GUZMAN. ARACELI REYES stated JESUS FLORES and M███ F███████ stayed at the residence. ARACELI REYES said when she and her mom and brother arrived at the residence, M███ F███████ was asleep in the bedroom in his bassinet and SARA rolled the bassinet out into the living room. ARACELI REYES stated she held the baby for a time, but he was crying so she gave him to SARA GUZMAN. ARACELI REYES stated she remembered that JESUS FLORES was in the bedroom when they got back to the residence from looking at the Planet Fitness gym. She noted the baby was coughing, and she also noted the baby had bruises on his face while they were visiting with him and his family.

At about 2039 hours, Detective Davenport and I began interviewing JOSE MENDEZ, who is the grandfather of M███ F█████S. JOSE stated he lives at the residence with his son, CHRISTOPHER GUZMAN, SARA GUZMAN, JESUS FLORES, M███ F███████, and his wife, GENEVEVA RAMIREZ, lives with them part time and lives part time in Stockton because she works in Dublin. JOSE MENDEZ stated that GENEVEVA RAMIREZ had come back into town yesterday. JOSE MENDEZ stated he works at Grimmway Farms. He left for work at about 5:15 a.m. as works starts at 0530 hours, and he also took CHRISTOPHER GUZMAN to work because he also works at Grimmway Farms. JOSE MENDEZ stated he got home after 4 o'clock. He was at the farmers market when SARA GUZMAN got the call, and he and CHRISTOPHER GUZMAN went to the residence to get JESUS FLORES. JOSE MENDEZ stated GENEVEVA RAMIREZ told him the baby had been crying all day when he met them at the farmers market. He asked why she did not take him the doctor and she indicated she did not think it was that serious. JOSE MENDEZ said they were only there a few minutes when SARA got the call from JESUS FLORES stating M███ was not breathing. GENEVEVA RAMIREZ and SARA GUZMAN went to the hospital; he picked up CHRISTOPHER GUZMAN and went back to the residence. JOSE MENDEZ stated the last time he saw M███████ █████ was the previous evening, at which time he was not fussy or crying. JOSE MENDEZ stated he did notice there was a small scratch on M███ F███████ face, but did not notice any marks or bruising.



**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**RELEASED TO KC DISTRICT ATTORNEY'S OFFICE**

GO# 2015-116676 DETECTIVE ARREST                    1315-2 AGG ASSAULT-CHILD ABUSE



We asked JOSE MENDEZ if he had any concerns about his daughter or his son-in-law caring for the baby.
JOSE MENDEZ said JESUS FLORES does not take very good care of the baby because he is always busy
playing his video games. JOSE MENDEZ stated he does not think JESUS FLORES interacts with M████
F██████ as much as he should, and he also does not interact with the family much. JOSE MENDEZ stated
he had a conversation with SARA GUZMAN about her, JESUS FLORES, and M████ F██████ spending
more time in the living room with the rest of the family and not shutting themselves in their bedroom. Detective
Davenport asked JOSE MENDEZ if he had ever seen SARA GUZMAN or JOSE FLORES be rough with the
baby or lose their temper. JOSE MENDEZ started to tear up and stated on at least one occasion he has seen
JESUS FLORES lose his temper when M████ F██████ was fussy, and one time he was actually yelling at the
baby because he would not stop crying. JOSE MENDEZ stated that incident happened about 3 or 4 weeks ago.
He indicated that JESUS FLORES yelled at the baby so loudly that the child became startled. JOSE MENDEZ
said he had never seen SARA yell at the baby and has never seen anyone else yell at the baby or be rough with
him. JOSE MENDEZ stated he thought JESUS FLORES takes some sort of medication for anti-anxiety and he
had the pills with him here at the police station. JOSE MENDEZ denied he had ever been rough with the baby
and was exhibiting a great deal of pride in his grandson as he spoke about the times when he would care for him
and visit with him. We ended the interview with JOSE MENDEZ.

At about 2104 hours, we began interviewing CHRISTOPHER GUZMAN. CHRISTOPHER GUZMAN stated
he and his dad left for work at about 0500 hours, and they got home sometime around 1600 hours, at which
time M████ F██████ was already gone in the ambulance. CHRISTOPHER GUZMAN stated his mom,
GENEVEVA RAMIREZ, had gotten home Wednesday afternoon around 1. She had been gone for about
two weeks. I asked CHRISTOPHER GUZMAN when he last saw or interacted with M██████████████ and
he said it was on Wednesday night around 9 or 10 o'clock. He said he did not hold the baby because he had
been smoking and he did not want to get any of the smoke residue on the baby. We asked CHRISTOPHER
GUZMAN if he holds the baby much or cares for the baby and he stated he does not ever feed the baby because
is afraid he will drop him, and he does not hold him much because he is concerned that he is not skilled enough.
CHRISTOPHER GUZMAN said on Wednesday evening M████ F██████ was in the living room with his
grandmother and grandfather. He appeared to be happy; he was smiling; he was eating normally; and he did
not seem sick in any way. CHRISTOPHER GUZMAN said he is aware that M██ F██████ had been sick a
couple of times, but he did not see any reason that M████ F██████ should have gotten sick all of a sudden as
he did.

I asked CHRISTOPHER GUZMAN about the work habits and daily habits of his sister and her boyfriend.
CHRISTOPHER GUZMAN said he thought JESUS FLORES was working in the mornings with his mom
for a few hours, at which point SARA GUZMAN takes care of the baby. CHRISTOPHER GUZMAN said he
thought SARA and JESUS FLORES both took care of M████ F██████ in the afternoon, and then his step-
dad, JOSE MENDEZ, takes care of the baby in the afternoons because he loves to spend time with him. I asked
CHRISTOPHER GUZMAN if he had seen any marks on the baby's face. CHRISTOPHER GUZMAN said he
knows that M██ F██████████ scratches himself on occasion, but he did not remember seeing any marks on
his face on Wednesday night. I asked CHRISTOPHER GUZMAN if he has ever seen anybody get angry or
frustrated with M████ F██████ and he stated JOSE MENDEZ never gets angry with the baby, and indicated


he likes being the grandpa. CHRISTOPHER GUZMAN said he has never seen SARA GUZMAN be angry or frustrated with the baby, and had never seen JESUS FLORES be angry or frustrated with the baby. We asked CHRISTOPHER GUZMAN about the relationship between JESUS FLORES and SARA GUZMAN. CHRISTOPHER GUZMAN stated they frequently insult each other, but he has never seen them have any kind of a physical altercation. We ended the interview with CHRISTOPHER GUZMAN.

At about 2120 hours we began interviewing GENEVEVA RAMIREZ. GENEVEVA RAMIREZ stated she works for Burlington Coat Factory as a store manager at a store in Dublin, California. She lives part time in Stockton, California, and part time at the residence on Domingo Street. GENEVEVA RAMIREZ stated she got home yesterday between 12:30 and 1 o'clock. She immediately went to go see MASON FLORES and he was with SARA GUZMAN in her bed. She stated she picked up the baby and went into the living room. GENEVEVA RAMIREZ said the baby seemed very happy. She then went into her room, which has recently been redecorated, and was lying on the bed with the baby and taking pictures. GENEVEVA RAMIREZ said she, SARA GUZMAN, the baby and JOSE MENDEZ were in the family room until around 2130 or 2200 hours, at which point her husband went to bed and she went to bed a little while later. GENEVEVA RAMIREZ said she woke up around 6 o'clock and then went back to bed. She stated SARA GUZMAN came in around 0800 hours, brought M███████ F██████ in, and cuddled in her room until about 1000 hours. GENEVEVA RAMIREZ stated she and SARA GUZMAN were working in her room and the baby was in the bedroom with his father, JESUS FLORES. GENEVEVA RAMIREZ stated she cooked lunch and noted that M██████ F██████ was a little fussy, but there were no real issues. She stated her sister MARIANA came over between 1:30 and 2, at which time M██████ F██████ was sleeping in his bassinet and JESUS FLORES was taking care of him.

GENEVEVA RAMIREZ stated they went out to get a haircut and look at a gym, and they were home sometime around 3. She stated JESUS FLORES was home with M██████ F██████ alone during that time. GENEVEVA RAMIREZ stated she and SARA GUZMAN went to the farmers market around 1545 hours, and before they left all the relatives were holding M██████ and he seemed a little fussy and had a slight cough, but he had no temperature and she saw no indications that would give her any kind of alarm. GENEVEVA RAMIREZ stated they were at the farmers market when SARA got the call from JESUS FLORES stating, "M████'s not breathing." GENEVEVA RAMIREZ stated she immediately with her daughter to go to Bakersfield Memorial Hospital and told JOSE MENDEZ to take CHRISTOPHER GUZMAN back to the residence on Domingo Street and get JESUS FLORES.

I asked GENEVEVA RAMIREZ specific questions about the events before they left go to go the gym, and she stated that her sister had fed M██████ F██████ and burped him and he seemed fine. We started talking about the bruises on M██████ F██████ face, and GENEVEVA RAMIREZ stated she had gotten a text message from her daughter on Monday saying, "Did you hit M█████?" because he had bruises on his face. I asked her if he still had bruises on his face today and she stated he did. GENEVEVA RAMIREZ stated there were no bruises on his face on Sunday, and she knew that for a fact. GENEVEVA RAMIREZ related that she and her husband had taken the baby to the beach on Saturday and she had pictures that she had taken on Saturday and on today's date. She was able to access the photos on her phone and show them to me which clearly depict M██████ F██████ on Saturday at the beach with no bruises on his face, and clearly depict M██████ F██████ in the late morning/early afternoon on 05/21/15 with what appeared to be one bruise on his right cheek and two bruises on his left cheek.



BAKERSFIELD POLICE DEPARTMENT
Case 1:17-cv-01393-JLT   Document 32-6   Filed 10/21/19   Page 17 of 31
GENERAL OFFENSE HARDCOPY
RELEASED TO KC DISTRICT ATTORNEY'S OFFICE

GO# 2015-116676 DETECTIVE ARREST                    1315-2 AGG ASSAULT-CHILD ABUSE

GENEVEVA RAMIREZ allowed me to email the photos to my Bakersfield Police Department email, which was successful. I was able to print the photos, copies of which will be scanned into the report and later booked into evidence.

We asked GENEVEVA RAMIREZ about the bruises or if JESUS FLORES or SARA GUZMAN had any kind of explanation, and they said they did not know how he had gotten the bruises. GENEVEVA RAMIREZ said she has never seen anybody be angry or yell at M████ F███████, and stated that JESUS FLORES takes care of M████N F████ when he is fussy. GENEVEVA RAMIREZ stated neither SARA GUZMAN nor JESUS FLORES work, and she agreed to support them while they went to adult school to finish their diplomas and possibly do some other job training. GENEVEVA RAMIREZ stated SARA GUZMAN and JESUS FLORES have been together for approximately 1 year. GENEVEVA RAMIREZ stated she is aware JESUS FLORES is taking medicine for his panic attacks.

Prior to beginning the interview with GENEVEVA RAMIREZ, I had spoken with Detective McAfee who had finished serving a search warrant at the offense location and had provided me with details. One of Detective McAfee's concerns was several holes in a wall which appeared to have been caused by somebody punching the wall.

I asked GENEVEVA RAMIREZ about the holes in the wall and she stated her older son, ALVARO GUZMAN, had caused those holes about 9 months ago. I had previously read an arrest report indicating ALVARO GUZMAN had assaulted CHRISTOPHER GUZMAN and vandalized the residence at about the time GENEVEVA RAMIREZ was relating. We ended the interview with GENEVEVA RAMIREZ.

At about 2221 hours, Detective Davenport and I began interviewing SARA GUZMAN. I advised SARA GUZMAN of her rights per the Miranda Decision and she said she understood. SARA GUZMAN stated she lives at the residence with her fiancé, JOSE FLORES, her mom, GENEVEVA RAMIREZ, her stepdad, JOSE MENDEZ, her brother, CHRISTOPHER GUZMAN, and her son, M████ F███████. She stated M████ F████ was born on 03/17/15 at San Joaquin Community Hospital and was a natural childbirth. SARA GUZMAN stated he had some kind of breathing problem at birth due to a swallowed placenta and he had to spend the night in the NICU. SARA GUZMAN said M████ F████ was 6 pounds 8 ounces at birth with no complications. SARA GUZMAN said he seems to be a normal healthy child, but one month earlier he had an infection in his throat which they noticed when he coughed up some food and it seemed to have some mucus and blood. They took the child to Mercy Southwest Hospital where they stated he had a throat infection. SARA GUZMAN stated she breastfeeds and bottle feeds the baby. I asked SARA GUZMAN how long she and JESUS FLORES have been together and she said they will have been together for 2 years on 07/17/15, and that they met on Facebook when he was going to East Bakersfield High School.

SARA GUZMAN stated her mom came home yesterday between 12 and 1 at which time they visited in the living room while JESUS did his video gaming in the bedroom. She stated she went to bed sometime between 9 and 10, and M████ woke up between 0400 and 0500 hours, at which point she fed him and then cuddled with him until he fell back asleep, at which time she put him back in his bassinet. SARA GUZMAN stated she stayed up and watched TV and M████ F████ woke up around 7, at which time she took him into her mom's room.



**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**RELEASED TO KC DISTRICT ATTORNEY'S OFFICE**

GO# 2015-116676 DETECTIVE ARREST                    1315-2 AGG ASSAULT-CHILD ABUSE

SARA GUZMAN stated she took him back into the bassinet between 0900 and 1000 hours and noticed he had a slight cough. SARA GUZMAN stated her aunt came over around 2 o'clock and they went and ran errands and looked at the gym, and they were gone until around 3 o'clock. She stated JESUS FLORES and M█████ F█████ were home alone, and everybody else went out. SARA GUZMAN stated when she got home JESUS brought the baby out of the room and he was fussy, but he seemed okay. SARA GUZMAN said around 3:45 they went to the farmers market, and they were only there for a few minutes when the phone rang and JESUS FLORES told her, "The baby's not breathing." She stated she told him to call 9-1-1, and he later told her they were going to Bakersfield Memorial Hospital, so she and her mother responded straight to the hospital. I asked SARA GUZMAN about the bruises on M█████ F█████ face. She stated there were no bruises on his face on Saturday, and she started asking everybody about the bruises on Monday because she noticed them when she woke up first thing in the morning on Monday when she turned the lights on. SARA GUZMAN said she had no explanation for the bruises. I ended the interview with SARA GUZMAN.

At about 2300 hours, Detective Davenport and I interviewed JESUS FLORES in the upstairs Investigations interview room. After obtaining some general identifying information and family background information, I advised JESUS FLORES of his rights per the Miranda Decision. JESUS FLORES stated he understood and agreed to speak with me by answering questions.

I asked him to recount the last couple of days, starting with the previous morning at about 0800 hours when he got up with the baby. He stated he got up around 0800 hours, made the baby a bottle, and went about their day, at which point GENEVEVA RAMIREZ came around 1 o'clock and they hung out in the living room. He stated he had to go back in the bedroom to live stream his video games as he plays video games for a living and people pay to watch him play. I asked him if that interferes with him caring for the baby and he stated it never has because he just takes a commercial break or pauses the game. JESUS FLORES stated M█████ (?) was very fussy yesterday and he was coughing, and he had talked to SARA GUZMAN about maybe making an appointment for him at Kaiser, but they never made the appointment. JESUS FLORES stated he was up very late on Wednesday night live streaming and playing his video game.

JESUS FLORES stated he got up today sometime between 11 and noon. He stated that essentially SARA GUZMAN made him get up at noon. JESUS FLORES related he was up really late playing video games and live-streaming. JESUS FLORES stated M█████ F█████ was very fussy and he took him outside at about 1 o'clock, at which time he rocked him and he fell asleep. JESUS FLORES said he gave M█████ F█████ a shower, changed him, and made him a bottle, and he took a nap after the shower. JESUS FLORES stated he stayed home with the baby while everyone left, and then they came back. He told SARA GUZMAN that she should take the baby with her to the farmers market so he could get some fresh air, and she did not want to take him because he was possibly getting sick. JESUS FLORES then recounted the event that M█████ F█████ was in the bassinet sleeping when he started coughing and then choking, and JESUS FLORES noticed M█████ F█████ had stopped breathing. JESUS FLORES stated he picked him up and he started to breathe again, and then stopped. JESUS FLORES stated he went to the shower, turned the water on, and splashed some water on M█████ F█████ face, at which point he gasped and seemed to wake up, and then immediately lost consciousness again. JESUS FLORES said he called 9-1-1 and followed the instructions from the dispatcher and began doing CPR until the fire department and ambulance got there. He stated he noticed when he was doing the



**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**RELEASED TO KC DISTRICT ATTORNEY'S OFFICE**

GO# 2015-116676 DETECTIVE ARREST         1315-2 AGG ASSAULT-CHILD ABUSE

CPR that there seemed to be blood coming out of the baby's nose. JESUS FLORES stated he called SARA after the paramedics arrived, and he stated there was an approximate 1 to 2 minute gap between the time he realized there was a problem and the time he made the 9-1-1 call.

I asked JESUS FLORES if he takes any medicine and he stated he takes medicine for stress, and he has an anti-anxiety prescription which he takes as needed, and it is Alprazolam. He stated he did not take it yesterday because he did not need it. I asked JESUS FLORES if he noticed any bruises on his son's face and he stated he noticed them on Sunday night, and he made the decision to tell SARA GUZMAN when he saw them again first thing Monday morning. He also stated he saw red marks in the white portion of the baby's eyes.

At this point, Detective Davenport and I advised JESUS FLORES of the true nature of his son's injuries. JESUS FLORES said he had never seen SARA GUZMAN or anybody else mistreat the baby or get frustrated with him. JESUS FLORES denied doing anything wrong initially, but as we continued to question him he admitted that he does sometimes get frustrated and flustered with M▓▓▓▓ F▓▓▓▓, but he has never been angry. We then stated that other people have seen him get angry and lose his temper, and he again characterized it as only getting frustrated because he cannot seem to make the baby stop crying. This went on for several minutes and he eventually admitted that when he was on the porch with the baby and he became flustered because the baby would not stop fussing. JESUS FLORES said he would lie M▓▓▓▓ F▓▓▓▓ down in his bassinet to go to sleep; but continued to cry; he did not want to eat; he did not need his diaper changed; and JESUS FLORES was getting frustrated because he was supposed to be online playing the live stream video game at 1300 hours and the baby was still fussy. JESUS FLORES said he was frustrated because fans kept messaging him asking him why he wasn't online yet. JESUS FLORES showed us, using a doll, how he shook M▓▓▓▓ F▓▓▓▓. He started as though he was rocking the baby in his lap, and then accelerated and showed a significantly more violent shaking motion. The doll JESUS FLORES was using is stuffed and not that heavy. It takes a significant amount of energy to make the doll's head move, and JESUS FLORES made the doll's head move a great deal.

After JESUS FLORES admitted he had become frustrated and flustered with the baby and had likely shaken him harder than he meant to, we paused the interview and consulted with the on-scene social worker, STEPHANIE PATTERSON, and Sergeant Burdick. At this time, there had been no updated medical information from Madera Children's Hospital, and I made the decision that based on the lack of corroboration that it was prudent to not arrest JESUS FLORES at this time.

We ended the interview and released JESUS FLORES pending further investigation and medical testing.

I updated the medical hold which I had previously placed at Bakersfield Memorial Hospital to indicate that only SARA GUZMAN, GENEVEVA RAMIREZ, and JOSE MENDEZ would be allowed to visit the child.

The case will be further reviewed by medical staff at Madera Children's Hospital, including Dr. Hyden over the next few days.

Investigation continues.



**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
RELEASED TO KC DISTRICT ATTORNEY'S OFFICE

GO# 2015-116676 DETECTIVE ARREST                1315-2 AGG ASSAULT-CHILD ABUSE

---

## Related Text Page(s)

Document: **Investigator Follow Up**
Author: **1027 - GALLAND, JOSEPH**
Subject: **FOLLOW UP INVESTIGATION**
Related date/time: **Jun-01-2015  (Mon.) 800**

---

On 05/22/15, I began conducting follow-up investigation in this case. I was forwarded medical reports from Valley Children's Hospital in Madera. A bone scan was conducted of M███████ ███████ which showed several fractures to his left humerus and both of his femurs, as well as a possible fracture to his left ulna. The medical report classified the injuries as non-accidental trauma. Additionally, an MRI was conducted of M█████ F██████ cervical spine and head. The MRI conducted by Valley Children's Hospital also showed several brain injuries and was characterized as non-accidental trauma. I was advised that an eye exam was scheduled to take place in the next few days.

I spoke briefly with Dr. Hyden regarding the case. He indicated there were more tests to be conducted, and he had not had a chance to review all of the case files, but what he had seen to this point was clearly indicative as child abuse. Dr. Hyden and I made arrangements to speak the following week once more medical tests had been conducted and Dr. Hyden had a chance to review all of the documentation.

Over the weekend, I was contacted by staff at Valley Children's Hospital who advised that the child's condition had worsened and he had numerous seizures and was placed on seizure medication and remained on a ventilator due to his respiratory distress.

On 05/25/15, I received notification from Valley Children's Hospital that the eye exam revealed numerous retinal hemorrhages, and the child had likely suffered severe irreversible brain damage which would likely result in severe long-term medical problems. I was advised by staff at Valley Children's Hospital that if they could get him to stop having seizures they felt he might be able to come off the ventilator; however, the child had no gag reflex any longer. He would therefore not be able to protect his own airway and a tracheotomy and breathing tube would likely have to be installed so he would not have suffocation issues.

On 05/26/15, when I arrived at work I had a message from GENOVEVA RAMIREZ who indicated she had found another photograph on her phone from what she estimated was Thursday, 05/14/15, which showed a broken blood vessel in M█████ F██████ left eye. She stated she showed it to one of the nurses at Valley Children's Hospital, and they advised her that was another indication of child abuse.

I contacted GENOVEVA RAMIREZ and requested that she email me the photo, and then advised her that I needed to speak with her daughter again. GENOVEVA RAMIREZ emailed me the photo which clearly showed the hemorrhage in M█████ F██████ left eye. I printed the photo and booked it into evidence along with the other photos provided by GENOVEVA RAMIREZ. GENOVEVA RAMIREZ stated she would bring SARA GUZMAN to the Bakersfield Police Department for another interview.

---



BAKERSFIELD POLICE DEPARTMENT
Case 1:17-cv-01393-JLT   Document 32-6   Filed 10/21/19   Page 21 of 31
GENERAL OFFENSE HARDCOPY
RELEASED TO KC DISTRICT ATTORNEY'S OFFICE

GO# 2015-116676 DETECTIVE ARREST                    1315-2 AGG ASSAULT-CHILD ABUSE

GENOVEVA RAMIREZ and SARA GUZMAN arrived at the Bakersfield Police Department at about 1500 hours. I obtained a signed, consent to search form from GENOVEVA RAMIREZ regarding her cell phone. I delivered the consent to search form and phone to the Computer Forensics section, at which time they downloaded pictures off the phone. For specific details of that search, refer to the report and cell-brite reports created by Police Service Technician Daigle.

At about 1519 hours, I began interviewing SARA GUZMAN in the upstairs interview room. The interview was audio and video recorded. A copy of the interview was later booked into the Bakersfield Police Department Property Room as evidence.

I re-advised SARA GUZMAN of her rights per the Miranda Decision, which she stated she understood and agreed to speak with me. I obtained medical releases from her for San Joaquin Memorial Hospital, Bakersfield Memorial Hospital, and Kaiser Medical for M███████ F██████.

We began speaking again and I told her that I did not believe her statement that JESUS FLORES is never alone with the baby, as he was left alone with him for at least two hours on the 21st. SARA GUZMAN did state that JESUS FLORES is alone with the baby taking care of him about two times a week. I asked her who else could have done this and she stated she did not know. I pointed out to SARA GUZMAN that her father also takes care of M███████ F██████ a great deal and she stated it was not her father. SARA GUZMAN said she was concerned that she might have injured M███████ F██████ because she would pick him up by the arms.

SARA GUZMAN then told me that among other things after our last conversation JESUS FLORES told her that during the time he was taking care of M███████ F██████ and during the time he was in his respiratory distress that he had anxiety attacks and blacked out. I asked SARA GUZMAN what JESUS FLORES had told her about how the baby received the injuries. SARA GUZMAN told me that JESUS FLORES never told her that he admitted to us that he had shaken the baby on the 21st.

I went back over the timeline of 05/21/15 with SARA GUZMAN from the time she woke up with the baby. In addition to leaving M███████ F██████ alone with JESUS FLORES while she and her cousins went to look at a gym and while her and her mom went to the farmers market, she also told me that JESUS FLORES was in the garage alone with the baby while she and her mom were making lunch. She also told me that M███████ F██████ was alone in the bedroom while she and her mother were redecorating her mother's room. During the interview, SARA GUZMAN told me that M███████ F██████ does get fussy. She stated to me that when she is caring for him and he gets fussy she pats him on the back or tickles his feet in order to soothe him. SARA GUZMAN stated her father also deals with M███████ F██████ in a similar fashion when he is fussy. I asked SARA GUZMAN what JESUS FLORES does with M███████ F██████ when he becomes fussy and she stated he hands him off. I asked SARA GUZMAN what JESUS FLORES does with M███████ F██████ when he becomes fussy and he cannot hand him off and she stated she did not know. I ended the interview with SARA GUZMAN.

Later in the afternoon, I spoke briefly with Dr. Hyden who stated he was still in the process of reviewing medical records and had not formed his formal opinion, but the injuries that he had seen and the documents strongly indicated that M███████ F██████ had been abused, and that he had been abused on previous occasions as well.



**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**RELEASED TO KC DISTRICT ATTORNEY'S OFFICE**

GO# 2015-116676 DETECTIVE ARREST                    1315-2 AGG ASSAULT-CHILD ABUSE

I spoke to Dr. Hyden about the assessment of Dr. Navin, who had initially advised me that the injury would have to have occurred no longer than 2 hours prior to him responding the hospital. Dr. Hyden stated that based on the injuries he had seen he would state that it was highly likely that the brain injury which caused M████ F████ to stop breathing likely occurred no more than 10 minutes before M████ F████ stopped breathing and possibly immediately after the injury occurred.

On 05/27/15 and 05/28/15, I received updates from the medical social workers and nurses at Valley Children's Hospital. I was advised that SARA GUZMAN was now claiming that she believed her mother had caused the injuries to MA████ F████. Based on the timeline of the most recent injury provided by Dr. Hyden, I was even surer that GENOVEVA RAMIREZ had not been involved, as the only person with M████ FL████ for the 15 minutes prior to his respiratory distress was JESUS FLORES. One of the things the medical social workers told me was that SARA GUZMAN was claiming that both she and her mother would pick the baby up by her arms, which would account for the fractures seen to her humerus and ulna. None of the actions that SARA GUZMAN described to the medical social workers or registered nurses explained the fractures to M████ F████S' femurs.

On 05/29/15, at about 1450 hours, Detective Davenport and I, along with members of the Career Criminal Apprehension Team, responded to 1729 Oregon Street, at which time we took JESUS FLORES into custody without incident. JESUS FLORES was transported to the Bakersfield Police Department where we interviewed him in the upstairs Investigations interview room. The interview was audio and video recorded, and a copy of the interview was later booked into the Bakersfield Police Department Property Room as evidence.

I re-advised JESUS FLORES of his rights per the Miranda Decision, which he stated he understood and agreed to speak with us. JESUS FLORES began the interview by asking how his child was, and stated he had no contact with SARA GUZMAN or any of M████ F████ relatives and did not know what his condition was. I advised him that M████ F████ had suffered irreversible brain damage as a result of being shaken. JESUS FLORES then started trying to tell us that he believed GENOVEVA RAMIREZ was responsible for the child's injuries. He stated she and SARA GUZMAN would both pick the child up by his arms. He stated he told SARA GUZMAN to stop doing that. He stated his mother-in-law, GENOVEVA RAMIREZ, continued to pick M████ up by his arms and would throw him up and catch him and be generally rough with M████ F████, and he told her to stop. JESUS FLORES continued to say that every time GENOVEVA RAMIREZ would take care of the baby he would get sick within a day or two, thereby making her a suspect.

I advised JESUS FLORES that the injuries suffered to M████ F████ brain which caused him to go into respiratory distress had likely happened 10 to 15 minutes prior to the time that M████N F████ stopped breathing, and that he was the only person alone with the baby during that time period. I reminded him that he had told us he had shaken the baby, and he stated he had not said that. Detective Davenport reminded him that he had told us that in the previous interview. JESUS FLORES said he told us he rocked M████ F████ hard, but never shook him. Detective Davenport and I asked him why he had not told us about his suspicions about his mother-in-law causing the injuries and why he had not told us SARA GUZMAN had been rough with the child as well, but he could come up with no explanation.


**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**RELEASED TO KC DISTRICT ATTORNEY'S OFFICE**

GO# 2015-116676 DETECTIVE ARREST                    1315-2 AGG ASSAULT-CHILD ABUSE

I showed JESUS FLORES the picture that was taken by GENOVEVA RAMIREZ on 05/14/15 when she returned from Stockton and had not been at the residence in at least a week which showed M███████ F████████ had an obvious hemorrhage in his left eye. I told him this was another indication of him being shaken on a prior occasion, and obviously GENOVEVA RAMIREZ was not there, since she took the photo upon her arrival at the residence. JESUS FLORES then stated that if he had done this, even by accident, then we should just take him to jail. He stated he was guilt stricken, but would not explain to us how M████ F██████ had received all of the numerous previous injuries.

When it became clear that JESUS FLORES had no intention of explaining the incident or taking any type of responsibility and continued to talk in circles, blaming others, I ended the interview and arrested JESUS FLORES for:

PC 273ab(b) Child abuse causing significant brain injury or paralysis
PC 273a(a) Willful harm or injury to a child
PC 245(a)(4) Assault resulting in GBI



**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
RELEASED TO KC DISTRICT ATTORNEY'S OFFICE

GO# 2015-116676 DETECTIVE ARREST                    1315-2 AGG ASSAULT-CHILD ABUSE

# Related Text Page(s)

Document: **Investigator Follow Up**
Author: **1027 - GALLAND, JOSEPH**
Subject: **MARIA GUILLEN INTERVIEW**
Related date/time: **Jun-01-2015  (Mon.) 1000**

On 6/1/15 at about 1000 hours MARIA GUILLEN responded to the Bakersfield Police Department to speak with me. GUIILLEN identified herself as the sister in-law of JESUS FLORES. I directed GUIILLEN to the upstairs investigations interview room. The interview was video recorded and a copy was later downloaded to the BPD Property Room as evidence. The following is a summary.

GUILLEN said she had come to find out about the case for her her mother in-law and to tell me who the real suspect was. I advised GUILLEN I could not disclose details to her because the investigation was on-going and I could not violate JESUS FLORES' privacy. I explained to GUILLEN that JESUS FLORES was well aware of what crimes he had been charged with as well as the reason he was charged with those crimes. I advised GUILLEN that if she wanted to know details about the case she should ask JESUS FLORES. GUILLEN asked me if the family should hire an attorney for JESUS FLORES and I told her I could not advise her on the matter.

GUILLEN went on to tell me that she had speaking with SARA GUZMAN. GUILLEN said SARA GUZMAN told her the baby was fine. GUILLEN said SARA GUZMAN told her that she thought her mother, GENOVEVA RAMIREZ, had caused the injuries to MASON FLORES and had informed detectives of this fact. (I knew SARA GUZMAN had made these allegations to the hospital social workers, but had never mentioned it when I interviewed her a second time on 6/1/15.)

During my interview with JESUS FLORES on 6/29/15, JESUS FLORES claimed he had no knowledge of MASON FLORES condition and also blamed GENOVEVA RAMIREZ. I asked GUILLEN if she had spoken to SARA GUZMAN prior to 6/29/15 and she said she had. GUILLEN said SARA GUZMAN first contacted her on 6/26/15, told her the baby was fine, and told her to pray for him. GUILLEN said SARA GUZMAN made the allegation about her mother on 6/29/15. I also found it significant that JESUS FLORES said he had not heard anything about MASON FLORES condition when I spoke to him on 6/29/15, but GUILLEN was telling me she had been getting updates from SARA GUZMAN starting on 6/26/15 and she had passed that information on to JESUS FLORES' mother.

I ended the interview with GUILLEN.



**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**RELEASED TO KC DISTRICT ATTORNEY'S OFFICE**

GO# 2015-116676 DETECTIVE ARREST                    1315-2 AGG ASSAULT-CHILD ABUSE

## Related Text Page(s)

Document: **Investigator Follow Up**
Author: **1027 - GALLAND, JOSEPH**
Subject: **DR HYDEN OPINION**
Related date/time: **Jun-01-2015  (Mon.) 1130**

On 6/1/15 at about 1130 hours I spoke to Dr. Hyden, who is the medical director of The Guilds Child Abuse Prevention and Treatment Center at Valley Children's Hospital, regarding the medical condition of MASON FLORES.

Dr. Hyden told me that M████ F████ was still in the PICU with a guarded prognosis, likely poor, as the result of a severe traumatic brain injury. Dr. Hyden said M████ F████ requires the assistance of a ventilator, and is being medicated to prevent additional seizures. Dr. Hyden advised he had examined the medical records associated with case and had formed an opinion about the cause of the injuries. Dr. Hyden said the injuries, revealed in the tests conducted by Valley Children's Hospital and Bakersfield Memorial Hospital, were the result of child abuse.

I asked Dr. Hyden if he had an opinion about when the brain injury occurred, in relation to when M████ F████ began going into respiratory failure. Dr. Hyden said the brain injury most likely occurred minutes before the respiratory failure, and it was very likely the respiratory failure occurred immediately, almost instantly, after the brain injury. Dr. Hyden said the brain injury most likely occurred no more than 10 minutes prior to the onset of the respiratory failure.

I asked Dr. Hyden if M████ F████ had injuries which were significant to him. Dr. Hyden said M████ FL██S had suffered a severe traumatic brain hemorrhage. Dr. Hyden said M████ F████ had multiple hemorrhages inside his brain. Dr. Hyden said MA████ F████ had multiple subdural blood collections of differing ages, which indicated prior injuries as well as the current injury.

I asked Dr. Hyden if M████ F████ had other injuries which he found to be significant in forming his opinion that M████ F████ medical condition was the result of child abuse.

Dr. Hyden said M████ F████ had swelling in his neck which was possibly the result of torn interspinous ligaments, and a likely cervical spine injury. Dr. Hyden said the injuries and swelling were consistent with the child having been shaken.

Dr. Hyden said M████ F████ had undergone an eye exam which revealed severe hemorrhages to both retinas, the cause of which was listed as non-accidental trauma, and was indicative of shaking.

Dr. Hyden said a bone survey had been conducted which showed numerous fractures of differing ages. M████ F████ had sustained fractures to his left humerus, right humerus, right ulna, left femur, right femur, (all corner fractures or bucket handle fractures) a possible fracture to the left ulna, and a broken third rib. Dr. Hyden said those fractures were all classified as non-accidental trauma. I asked Dr. Hyden if the fractures could have been



**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
RELEASED TO KC DISTRICT ATTORNEY'S OFFICE

GO# 2015-116676 DETECTIVE ARREST                    1315-2 AGG ASSAULT-CHILD ABUSE

caused during child birth and he said no. I asked Dr. Hyden if the fractures to the arms could be caused by picking M█████ F█████ up by his arms and Dr. Hyden said no. Dr. Hyden said he reviewed the blood work and other diagnostic tests and noted no reason for the fractures other than abuse.

Dr. Hyden indicated his full written report, as a part of MA███ F██████ medical record, would be available in the next few days.



**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**RELEASED TO KC DISTRICT ATTORNEY'S OFFICE**

GO# 2015-116676 DETECTIVE ARREST                    1315-2 AGG ASSAULT-CHILD ABUSE

## Related Text Page(s)

Document: **Investigator Follow Up**
Author: **1027 - GALLAND, JOSEPH**
Subject: **CRYSTAL ESPINOSAPHONEINTERVIEW**
Related date/time: **Jun-10-2015  (Wed.) 1020**

On 6/10/15 at about 1020 hours I received a call from a person claiming to be CRYSTAL ESPINOZA. CRYSTAL ESPINOZA said she was a friend of JESUS FLORES and wanted to testify for him. I activated my digital recorder and began recording the call. I later downloaded the call to DIMS.

ESPINOZA said she knew what happened and couldn't understand why JESUS FLORES had been arrested. I asked ESPINOZA how she knew what happened to M████ F████. ESPINOZA said she had spoken to JESUS FLORES and SARA GUZMAN. ESPINOZA said JESUS FLORES told her he was alone with M████ F████. ESPINOZA said JESUS FLORES told her that M████ F████ was choking on throw-up so he shook him because he thought M████ F████ was going to pass out. I clarified with ESPINOZA that JESUS FLORES said he shook the baby and she said she used the word "shook". ESPINOZA said JESUS FLORES told her M████ F████ stopped breathing and SARA GUZMAN and her mom took the baby to the hospital. (I found it significant that she was relating that JESUS FLORES said he shook M████ F████ before M████ F████ stopped breathing.) ESPINOZA said she didn't know why JESUS FLORES did not take M████ F████ to the hospital. JESUS FLORES called her the day after the event.

ESPINOZA said JESUS FLORES also talked to her assigned social worker JANET SHAW about the incident.

I obtained ESPINOZA's identifying information, but she refused to give me her address because she did not want her foster parents to know she was trying to help JESUS FLORES.

ESPINOZA claimed there was no evidence of child abuse and SARA GUZMAN told her the doctors were telling her there was no evidence that M████ F████ injuries were caused by an intentional act.

ESPINOZA said she had no actual knowledge of how M████ F████ was injured and her statements were based on what JESUS FLORES and SARA GUZMAN told her.

I ended the call with ESPINOZA.



**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**RELEASED TO KC DISTRICT ATTORNEY'S OFFICE**

GO# 2015-116676 DETECTIVE ARREST                    1315-2 AGG ASSAULT-CHILD ABUSE

## Related Text Page(s)

Document: **Investigator Follow Up**
Author: **1027 - GALLAND, JOSEPH**
Subject: **911 CALL**
Related date/time: **Jun-18-2015 (Thu.) 1800**

On 6/18/15 I spoke with Melinda Hunley of KC Fire regarding the 911 call from 8709 Domingo St. Hunley said she researched the call but could not determine where the call originated. Hunley said she believed the call probably originated as a call to the Fire Department non-emergency line. Hunley later provided me a copy of the call between JESUS FLORES and the fire dispatcher.

I booked the copy into the BPD Property Room as evidence.



**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
RELEASED TO KC DISTRICT ATTORNEY'S OFFICE

GO# 2015-116676 DETECTIVE ARREST      1315-2 AGG ASSAULT-CHILD ABUSE

## Related Text Page(s)

Document: **Investigator Follow Up**
Author: **1027 - GALLAND, JOSEPH**
Subject: **PROTECTIVE CUSTODY 6/25/15**
Related date/time: **Jun-25-2015 (Thu.) 1038**

SSW Bonnie Holt called me and advised M⬛⬛ F⬛⬛ was due to be released on 6/26/15. Based on the actions of SARA GUZMAN and the facts of the case I believe there is a likelihood she failed to protect M⬛⬛ F⬛⬛. I am aware that as a result of his injuries M⬛⬛ F⬛⬛ will likely require special care and if SARA GUZMAN could not protect him and care for him before, I believe her fitness needs to be evaluated before M⬛⬛ F⬛⬛ is released to her care. I know that CPS is equipped to conduct that type of evaluation.

At 1000 hours on 6/25/15 I placed a new investigative hold on M⬛⬛ F⬛⬛ with Valley Children's Hospital by fax.

I notified SARA GUZMAN that the child was going to be placed in protective custody at 1015 hours.

I faxed a transfer of custody document and a copy of the investigative hold form to SSW Bonnie Holt.


## Related Text Page(s)

Document: **Investigator Follow Up**
Author: **1027 - GALLAND, JOSEPH**
Subject: **SSW JEANETTE SHAW**
Related date/time: **Jul-16-2015  (Thu.) 1600**

On 7/16/15 at about 1600 hours I called and spoke with SSW Jeanette Shaw.  SSW Shaw said she remembered the call from ESPINOZA.   SSW Shaw said ESPINOZA called her at about 2200 hours and said she needed to talk to her about a friend.   SSW Shaw said JESUS FLORES was on the call      (3-way) without her knowledge initially.   SSW Shaw said JESUS FLORES joined the conversation and began telling her about the situation and asking her questions.    SSW Shaw said she tried to explain the basic CPS process to JESUS FLORES.  SSW Shaw said as soon as she realized there was an active criminal investigation and a CPS investigation she stopped talking with JESUS FLORES and advised him he needed to take up the matter with the assigned social worker and law enforcement.

I asked  SSW Shaw if JESUS FLORES told her about the event while she was talking to him and she said he did.   SSW Shaw said JESUS FLORES told her he was alone with the baby taking care of him.  SSW Shaw said JESUS FLORES told her he noticed the baby wasn't breathing, picked him up, and then the baby started coughing and crying.   SSW Shaw said JESUS FLORES told her, "I didn't hurt the baby" and "I didn't shake him that hard."

SSW Shaw said she did not write a report about the conversation, but did advised SSW Bonnie Holt about the conversation.



**BAKERSFIELD POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
RELEASED TO KC DISTRICT ATTORNEY'S OFFICE

GO# 2015-116676 DETECTIVE ARREST                    1315-2 AGG ASSAULT-CHILD ABUSE

## Related Text Page(s)

Document: **Investigator Follow Up**
Author: **1027 - GALLAND, JOSEPH**
Subject: **G. RAMIREZ TELEPHONE INTERVIEW**
Related date/time: **Aug-19-2015  (Wed.) 1000**

On 8/19/15 I listened to a voicemail recieved the previous day from GENOVEVA RAMIREZ. The voicemail indicated GENOVEVA RAMIREZ thought accusations had been made against her and wanted to know if she needed to respond to the BPD for questioning, and requested I call her back.

I knew that since the arrest of JESUS FLORES, SARA GUZMAN and JESUS FLORES had begun making accusations that GENOVEVA RAMIREZ was responsible for M▮▮▮ F▮▮▮▮ injuries.

At about 1000 hours I called GENOVEVA RAMIREZ. The conversation was digitally recorded and later downloaded to DIMS. The following is a summary.

GENOVEVA RAMIREZ said she had heard from a niece that SARA GUZMAN was making accusations she injured M▮▮▮ F▮▮▮▮. I advised GENOVEVA RAMIREZ that there had been allegations she physically abused SARA GUZMAN and had caused the injuries to M▮▮▮ F▮▮▮▮. I asked GENOVEVA RAMIREZ about the abuse of SARA GUZMAN. GENOVEVA RAMIREZ denied ever abusing SARA GUZMAN. I was aware the most recent version of the claim GENOVEVA RAMIREZ harmed MASON FLORES involved her being alone with M▮▮▮ F▮▮▮▮S, him screaming and then the parents finding M▮▮▮ F▮▮▮▮ in GENOVEVA RAMIREZ's bedroom crying uncontrollably. It was also alleged that they asked GENOVEVA RAMIREZ to take him to the doctor/hospital and she refused, stating he was fine. I confronted her with this allegation and she said it was untrue. GENOVEVA RAMIREZ restated that the baby was in her room, with SARA GUZMAN, on the morning if the offense, and there did not appear to be any problems with the baby.

NFI