Michael G. Marderosian, No. 077296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD and JOSEPH GALLAND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS FLORES,<br><br>               Plaintiffs,<br><br>v.<br><br>CITY OF BAKERSFIELD;<br>JOSEPH GALLAND; and<br>DOES 1 to 10, inclusive,<br><br>               Defendants. | Case No. 1:17-CV-01393-JLT<br><br>**DECLARATION OF MICHAEL G. MARDEROSIAN IN SUPPORT OF DEFENDANTS' OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**DATE: November 25, 2019**<br>**TIME: 9:30 a.m.**<br>**JUDGE: Jennifer L. Thurston** |

I, Michael G. Marderosian, hereby declare that I am an attorney at law licensed to practice in all courts of the State of California and am the attorney of record for Defendants CITY OF BAKERSFIELD and JOSEPH GALLAND and that I make the following Declaration in support of Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment.

    1.    Attached hereto as Exhibit 1 is a true and correct copy of records from Hall Ambulance Service.

    2.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Deposition of Joseph Galland.

3. Attached hereto as Exhibit 3 is a true and correct copy of the Bakersfield Police Department Police Report.

4. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the Deposition of Wade Naven M.D. taken April 16, 2019.

5. Attached hereto as Exhibit 5 is a true and correct copy of excepts of the Transcript of the July 6, 2017, Criminal Trial Testimony given by Wade Naven M.D.

6. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the Transcript of the interview of Christopher Guzman.

7. Attached hereto as Exhibit 7 is a true and correct copy of Transcript of the interview of Jose Mendes.

8. Attached hereto as Exhibit 8 is a true and correct copy of Transcript of the interview of Sara Guzman.

9. Attached hereto as Exhibit 9 is a true and correct copy of Transcript of the interview of Marianna Ramirez.

10. Attached hereto as Exhibit 10 is a true and correct copy of Transcript of the interview of Araceli Reyes.

11. Attached hereto as Exhibit 11 is a true and correct copy of Transcript of the interview of Genoveva Ramirez.

12. Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the the June 5, 2017, Criminal Trial Transcript.

13. Attached hereto as Exhibit 13 is a true and correct copy of Transcript of the May 21, 2015 and May 29, 2015 interviews of Jesus Flores.

14. Attached hereto as Exhibit 14 is a true and correct copy of Records from Valley Children's Hospital. This document is Confidential and as such it is being submitted for filing under seal.

15. Attached hereto as Exhibit 15 is a true and correct copy of the Probable Cause Declaration/Kern County Arietis form.

///

MARDEROSIAN & COHEN
1260 FULTON STREET
FRESNO, CA 93721

16. Attached hereto as Exhibit 16 is a true and correct copy of Plaintiff's Responses to Defendant Joseph Galland's Interrogatories, Set One.

17. Attached hereto as Exhibit 17 is a true and correct copy of Plaintiff's Responses to Defendant Joseph Galland's Interrogatories, Set Two, and Amended Responses to Defendant Joseph Galland's Interrogatories, Set Two.

18. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of the Deposition of Jesus Flores.

19. Attached hereto as Exhibit 19 is a true and correct copy of excerpts of the Deposition of Wade Naven M.D. taken August 28, 2019.

20. Attached hereto as Exhibit 20 is a true and correct copy of excerpts of the Deposition of Philip Hyden M.D.

21. Attached hereto as Exhibit 21 is a true and correct copy of Plaintiff's Expert Disclosure.

22. Attached hereto as Exhibit 22 is a true and correct copy of excerpts of the Deposition of Richard Leo M.D.

23. Attached hereto as Exhibit 23 is a true and correct copy of excerpts of the Deposition of Joseph Scheller M.D.

24. Attached hereto as Exhibit 24 is a true and correct copy of excerpts of the Deposition of Charles Hyman M.D.

25. Attached hereto as Exhibit 25 is a true and correct copy of the May 21, 2015 videotaped interview of Jesus Flores.

26. Attached hereto as Exhibit 26 is a true and correct copy of the May 29, 2015 videotaped interview of Jesus Flores.

27. Attached hereto as Exhibit 27 is a true and correct copy of a Transcript of Detective Galland's audio interview of Crystal Espinoza.

28. Attached hereto as Exhibit 28 is a true and correct copy of the June 12, 2017 Fifth District Court of Appeal Opinion in the case of *In Re MF, Kern County Department of Human Services v. Jesus F.*, Case No. F074719.

29. Attached hereto as Exhibit 29 is a true and correct copy of excepts of the June 7, 2015 Kern County Superior Court Criminal Preliminary Hearing Transcript in the case of *People v. Jesus Flores*, Case No. BF160324A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 21, 2019, at Fresno, California.

*/s/ Michael G. Marderosian*
_____
MICHAEL G. MARDEROSIAN

MARDEROSIAN & COHEN
1260 FULTON STREET
FRESNO, CA 93721