EXHIBIT 1

| FINAL | | | Patient Care Report | |
|---|---|---|---|---|



**Hall Ambulance Service Inc**

1001 21ST ST
BAKERSFIELD, CA 93301-4792
(661) 334-5419 Ext.

Run Number: 41575
Date of Service: 05/21/2015
Patient Name: M▆▆▆ F▆▆▆

## CREW INFO
- **Vehicle:** 397
- **Crew #1:** PARKS, CHRIS
- **Crew #2:** VACTOR, XAVIER
- **Crew #3:** YADON, SCOTT
- **Doc'd By:** PARKS, CHRIS
- **Assisted By:** Bakersfield Cty Fire
- **Arrival Status:** Fire On Scene

## RESPONSE INFO
- **Med/Trauma:** Medical
- **Call Type:** ALS
- **Response Priority:** 1-Priority EOA Response
- **Nature Of Call:** 09E01
- **Start Mileage:** 0.0
- **Resp. Delay:** <None>
  <None>
  <None>
- **Trans. Delay:** <None>
  <None>
  <None>
- **Call Taken by:** 911/ECC
- **Resp. with:** Bakersfield City Fire
- **Location:** 8709 DOMINGO ST
  x BRAZIL AV
  BAKERSFIELD, CA 93313
- **Pt. Found:** On Floor

## DISPOSITION
- **Outcome:** Transport By Ground
- **Dest. Reason:** Patient/Family Request
- **Transport Priority:** 1-Emergency Transport
- **At Scene Mileage:** 188.6
- **At Dest. Mileage:** 199.9
- **Condition at Dest.:** Improved
- **Level of care:** ALS
- **Barriers to Care:** Speech Impaired
  Unconscious
  None
- **Pt. Transported:** Supine - Gurney with Straps
- **Destination:** MEMORIAL HOSPITAL
  Dept: ER
  420 34TH ST
  BAKERSFIELD, CA 93301-2237
- **Recv Doctor:**
- **Transporting Agency:** Hall Ambulance
- **Transporting Unit:** Ground

## TIMES
- **Recvd:** 16:10 05-21-15
- **Dispatch:** 16:10 05-21-15
- **En route:** 16:11 05-21-15
- **At scene:** 16:19 05-21-15
- **At patient:** 16:20 05-21-15
- **Transport:** 16:25 05-21-15
- **At dest.:** 16:42 05-21-15
- **In service:** 18:09 05-21-15
- **At base:** 18:09 05-21-15
- **Destination Delay Reason:** None

## PATIENT INFORMATION
- **Name:** M▆▆▆ F▆▆▆
- **Med Record #:** 0714443
- **SSN:** 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
- **Sex:** Male
- **Place of Birth:**
- **Phone:** ▆▆▆
- **DOB:** ▆▆▆
- **Home Addr.:** ▆▆▆
- **Message Phone:**
- **Left With:** Patient
- **DL Info:**
- **Weight:** 15 lbs
- **Mailing Addr.:** ▆▆▆
- **Pt. Belongings:** NONE

## NEXT OF KIN
- **Name:** SARA GUZMAN
- **SSN:**
- **Sex:** Female
- **Phone:** ▆▆▆
- **DOB:** ▆▆▆
- **Home Addr.:** ▆▆▆

## INSURANCE
- **Work Related:** No
- **Provider Info:**
- **Company:** KAISER
- **Policy #:** 25111516
- **Group #:**
- **Guarantor:** Self

## HISTORY

**Allergies**
NKDA

**Chief Complaint**
Cardiac Arrest-Unwitnessed

**Medications**
None Currently -



**Hall Ambulance Service Inc**

1001 21ST ST
BAKERSFIELD, CA 93301-4792
(661) 334-5419 Ext.

Run Number: 41575

Date of Service: 05/21/2015

Patient Name: M▓▓▓ F▓▓▓

## Past Medical History

No Remarkable Medical History

## ASSESSMENTS

**05/21/2015 16:20:00    By: PARKS, CHRIS**

| Body Area | Assessment | Body Area | Assessment |
|---|---|---|---|
| Airway | Patent | Breathing | No Spontaneous Respirations |
| Circulation | Brachial Present | Central Nervous System | No Neuro Activity |
| Head | Assessed with No Abnormalities | Face | Soft Tissue Contusion(s) |
| Nose | Assessed with No Abnormalities | Neck | Assessed with No Abnormalities |
| Chest | Assessed with No Abnormalities | Pelvis | Assessed with No Abnormalities |
| Right Hand | Assessed with No Abnormalities | Left Hand | Assessed with No Abnormalities |
| Right Foot | Assessed with No Abnormalities | Left Foot | Assessed with No Abnormalities |
| Alcohol/Drug Use | None | Arm Left Lower | Assessed with No Abnormalities |
| Arm Left Upper | Assessed with No Abnormalities | Arm Right Lower | Assessed with No Abnormalities |
| Arm Right Upper | Assessed with No Abnormalities | Back- Lumbar/Sacral | Assessed with No Abnormalities |
| Back-Cervical | Assessed with No Abnormalities | Back-Upper | Assessed with No Abnormalities |
| Bed Confined At Release of Patient | Yes - Weakness to upper and lower extremities | Bed Confined At Time of Assessment | Yes - Weakness to upper and lower extremities |
| Blood Loss | None Noted | Cardio Vascular | Capillary Refill - Delayed |
| Distress Level of Patient | Severe Distress | Ears | Assessed with No Abnormalities |
| External/Skin | Soft Tissue Swelling/Bruising | Eye- Left | Assessed with No Abnormalities |
| Eye- Right | Assessed with No Abnormalities | Leg Left Lower | Assessed with No Abnormalities |
| Leg Left Upper | Assessed with No Abnormalities | Leg Right Lower | Assessed with No Abnormalities |
| Leg Right Upper | Assessed with No Abnormalities | Lividity | Lividity Present |
| LLQ | Assessed with No Abnormalities | LUQ | Assessed with No Abnormalities |
| Medically Necessary | Yes | Mental Status | Unresponsive |
| Patient Moved By Stretcher | Yes | Rigor Mortis | Rigor Mortis Present |
| RLQ | Assessed with No Abnormalities | RUQ | Assessed with No Abnormalities |
| Throat/Mouth | Bleeding - Controlled | Trauma Activation | No Activation |

## IMPRESSIONS

Primary Impression:    RESPIRATORY ARREST

## TRAUMA

no trauma entered



**Hall Ambulance Service Inc**

1001 21ST ST
BAKERSFIELD, CA 93301-4792
(661) 334-5419 Ext.

Run Number: 41575
Date of Service: 05/21/2015
Patient Name: M▓▓▓ R▓▓▓

## VITAL SIGNS

| Time | BP | Pulse | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|---|---|---|---|---|---|---|---|
| 16:27 | 101/61 NIBP Machine | 192, Strong, Regular | 0 Absent, <None> | 100% | | 331 | E1 + V1 + M1 = 3 |

Skin Temp=Warm   Skin Color=Pale   Skin Moisture=Normal   Lung Sounds Left=Normal   Lung Sounds Right=Normal   Cap. Refill=Delayed
Pupil size: Left=2-mm, Right=2-mm   Pupil Reacts: Left=Non-Reactive, Right=Non-Reactive   Pupil Dilation: Left=Constricted, Right=Constricted
Level of Consciousness: Unresponsive; Pain Scale=0; Arm Movement: Left=None, Right=None; Leg Movement: Left=None, Right=None
ECG=Sinus Tach

Completed By: ZOLL E-Series

| 16:34 | 98/66 NIBP Machine | 158, Strong, Regular | 20 Assisted-BVM, Regular | 98% | | | E2 + V3 + M4 = 9 |

Skin Temp=Warm   Skin Color=Pale   Skin Moisture=Dry   Lung Sounds Left=Normal   Lung Sounds Right=Normal   Cap. Refill=Normal
Pupil size: Left=2-mm, Right=2-mm   Pupil Reacts: Left=Reactive, Right=Reactive   Pupil Dilation: Left=Constricted, Right=Constricted
Level of Consciousness: Painful; Pain Scale=0; Arm Movement: Left=Reflex Only, Right=Reflex Only; Leg Movement: Left=Reflex Only, Right=Reflex Only
ECG=Sinus Tach

Completed By: ZOLL E-Series

| 16:41 | 93/63 NIBP Machine | 161, Strong, Regular | 28 Labored, Regular | 97% | | | E4 + V5 + M6 = 15 |

Skin Temp=Normal   Skin Color=Normal   Skin Moisture=Normal   Lung Sounds Left=Normal   Lung Sounds Right=Normal   Cap. Refill=Normal
Pupil size: Left=2-mm, Right=2-mm   Pupil Reacts: Left=Reactive, Right=Reactive   Pupil Dilation: Left=Constricted, Right=Constricted
Level of Consciousness: Alert; Pain Scale=0; Arm Movement: Left=Spontaneous, Right=Spontaneous; Leg Movement: Left=Spontaneous, Right=Spontaneous
ECG=Sinus Tach

Completed By: ZOLL E-Series

## TRAUMA SCORES

no trauma scores entered
   Comments:

## TREATMENT SUMMARY

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 16:19 | | Universal Precautions Taker | PARKS, CHRIS | |
| | | Complication | Complication Narrative | |
| | | None | | |
| | | Type Used=Gloves | | |

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 16:19 | | Universal Precautions Taker | VACTOR, XAVIER | |
| | | Complication | Complication Narrative | |
| | | None | | |
| | | Type Used=Gloves | | |

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 16:19 | | Universal Precautions Taker | YADON, SCOTT | |
| | | Complication | Complication Narrative | |
| | | None | | |
| | | Type Used=Gloves | | |



**Hall Ambulance Service Inc**

1001 21ST ST
BAKERSFIELD, CA 93301-4792
(661) 334-5419 Ext.

Run Number: 41575
Date of Service: 05/21/2015
Patient Name: M█████ F█████

## TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 16:20 | | **Braslow Tape** | PARKS, CHRIS | |

Complication: None
Complication Narrative:
Patient Size=Pink: 6-7 KG

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 16:20 | | **ALS/Paramedic Assessment** | PARKS, CHRIS | |

Complication: None
Complication Narrative:

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 16:20 | | **Airway-Oral** | PARKS, CHRIS | |

Complication: None
Complication Narrative:

Size of Procedure Equipment=0 OPA    Number of Procedure Attempts=1    Indication=Unconscious Not Breathing
Response=Improved    Results=Successful

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 16:20 | | **Ventilation** | PARKS, CHRIS | |

Complication: None
Complication Narrative:

Indication=Respiratory Arrest    Rate=20 BPM    Result=Normal Exchange of Air
Method=BVM    Response=Improved    Procedure/Medication Auth=Level 1
Number of Procedure Attempts=1    Oxygen Utilized=Yes    Oxygen dose=15
Oxygen dose units=LPM

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 16:21 | | **Cardiac / ECG Monitor** | PARKS, CHRIS | |

Complication: None
Complication Narrative:

Ectopy=None    Result=Sinus Tachy    Procedure/Medication Auth=Level 1

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 16:21 | | **Pulse Oximetry** | PARKS, CHRIS | |

Complication: None
Complication Narrative:

Response=Unchanged    Result=Successful    Number of Procedure Attempts=1
Procedure/Medication Auth=Level 1

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 16:22 | | **Suction** | PARKS, CHRIS | |

Complication: None
Complication Narrative:

Type=8 FR    Site=Oral    Indication=Fluid Obstruction
Result=Successful    Response=Improved    Procedure/Medication Auth=Level 1
Number of Procedure Attempts=1

| FINAL | | Patient Care Report |
|---|---|---|
|  | **Hall Ambulance Service Inc**<br>1001 21ST ST<br>BAKERSFIELD, CA 93301-4792<br>(661) 334-5419 Ext. | Run Number: 41575<br>Date of Service: 05/21/2015<br>Patient Name: MA███ F███ |

## TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 16:26 | | IV Access | PARKS, CHRIS | |
| | | Complication | Complication Narrative | |
| | | None | | |

Rate=OTHER - SEE COMMENTS  Site=Hand-Left  Solution=Saline Flush
Tubing=Mini Drip  Volume Administered=OTHER- SEE NARRATIVE  Size of Procedure Equipment=22 G
Length=1.25  Results=Unsuccessful  Number of Procedure Attempts=2
Response=Unchanged  Procedure/Medication Auth=Level 1

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 16:30 | | IV Access | PARKS, CHRIS | |
| | | Complication | Complication Narrative | |
| | | None | | |

Rate=OTHER - SEE COMMENTS  Site=Hand-Right  Solution=Saline Flush
Tubing=Mini Drip  Volume Administered=OTHER- SEE NARRATIVE  Size of Procedure Equipment=24 G
Length=1.25  Results=Unsuccessful  Number of Procedure Attempts=1
Response=Unchanged  Procedure/Medication Auth=Level 1

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 16:33 | | Base Contact | PARKS, CHRIS | |
| | | Complication | Complication Narrative | |
| | | None | | |

Notified=Contact Successful  Orders=No Orders Requested or Received  Hospital=BMH
Communication Type=Radio  Not Required=Required  Number of Procedure Attempts=1
Orders Given By=MICN

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 17:12 | | ED Physician: BMH | PARKS, CHRIS | |
| | | Complication | Complication Narrative | |
| | | None | | |

Bakersfield Memorial=Dr. Naven

| Time | PTA | Treatment | Who performed | Comments |
|---|---|---|---|---|
| 17:12 | | PT Care To Facility Staff | PARKS, CHRIS | |
| | | Complication | Complication Narrative | |
| | | None | | |

Position=Bed Down With Rails Up



**Hall Ambulance Service Inc**

1001 21ST ST
BAKERSFIELD, CA 93301-4792
(661) 334-5419 Ext.

Run Number: 41575

Date of Service: 05/21/2015

Patient Name: M█████ F█████

## NARRATIVE

ALS RESPONSE FOR CARDIAC ARREST
ARRIVED ON SCENE TO PT'S HOUSE TO FIND PT SUPINE ON THE FLOOR UNRESPONSIVE, WITH A RAPID PULSE AT THE BRACHEAL SITE, NO SPONTANEOUS RESPIRATIONS. FATHER ON SCENE STATES UNKNOWN WHEN THE PT WAS LAST SEEN NORMAL. FATHER CHECKED THE PT AT 1605 AND NOTICED PT WAS NOT BREATHING AND HAD NO PULSE. FATHER STARTED CPR AND CALLED 911. UPON ARRIVAL ON SCENE, BFD WAS VENTILATING THE PT VIA BVM. STRONG, RAPID PULSE NOTED AT THE BRACHEAL SITE. PT ASSESSMENT SHOWS PT IS BEING VENTILATED 20 BPM VIA BVM WITH 15 LPM O2. MINOR BLOOD NOTED IN THE PT'S MOUTH. LUNG SOUNDS CLEAR BILATERALLY WITH VENTILATION. PT IS NOT RESPONDING TO PAINFUL STIMULI, EYES 2MM AND PINPOINTED, NO PURPOSEFUL MOVEMENT. BRUISING NOTED ON BOTH OF THE PT'S CHEEKS. SKINS PALE, WARM, AND DRY. PEDIATRIC PADS PLACED ON PT. OPA INSERTED WITH NO GAG REFLEX, VENTILATION CONTINUED. PT IS PINK ON THE BRASLOW TAPE. PT TRANSPORTED TO BMH. DURING TRANSPORTATION, BLOOD GLUCOSE CHECK SHOWS 331 MG/DL. UNABLE TO ESTABLISH AN IV DUE TO POOR IV ACCESS. PT IMPROVED FROM RESPIRATORY ARREST TO ACTIVELY CRYING DURING THE TRANSPORT. OPA WAS REMOVED DUE TO GAG REFLEX RETURNING. PT CARE HANDED OVER TO RN. PROPER SIGNATURES OBTAINED FROM RN AND PT'S MOTHER. PT UNABLE TO SIGN DUE TO PT IS A MINOR. UNABLE TO PRINT PCR DUE TO PRINTER NOT WORKING.

## HIPAA

no signatures entered

## SIGNATURES

| Time | Type | Who signed | Why patient did not sign |
|---|---|---|---|
| 05/21/2015 17:12 | B: Section Two: Authorized Representative | Parent - GUZMAN, SARA | Minor |

I attest that [M█████ F█████] is physically or mentally incapable of signing an acknowledgement of service. I am signing on behalf of the patient. I recognize that signing on behalf of the patient is not an acceptance of financial responsibility for the services rendered. A copy of Hall Ambulance Servcie, Inc. Notice of Privacy Practices has also been provided for the patient.

x _Sara S._

| 05/21/2015 17:46 | D: Facility Signature | Nurse - TAYLOR, MELISSA | <Not applicable> |

I hereby certify that [MASON FLORES] was brought to this facility by Hall Ambulance Service, Inc. on this date.

x _[signature]_

**Witness or Authorized Representative Address Information**

8709 DOMINGO ST                  BAKERSFIELD CA 93313

Addresss of person who signed for patient     City, State, Zip Code



**Hall Ambulance Service Inc**

1001 21ST ST
BAKERSFIELD, CA 93301-4792
(661) 334-5419 Ext.

Run Number: 41575

Date of Service: 05/21/2015

Patient Name: M▓▓▓ F▓▓▓

## CREW INFORMATION

Start Date/Time : 05/21/2015 07:00

| Crew # | Name | Crew # | Name | Crew # | Name |
|---|---|---|---|---|---|
| 1544 | PARKS, CHRIS | 1845 | VACTOR, XAVIER | 1953 | YADON, SCOTT |
| License: | P26869 | License: | E078560 | License: | E112661 |

x _(signature)_     x _(signature)_     x _Scott Yadon_

## CHANGE TRACKING

| Field ID | Caption | Date/Time | Change | Who Changed | Previous Value |
|---|---|---|---|---|---|