EXHIBIT 15

# KERN COUNTY - ARIETIS

### Declaration

| Arietis Dec #: | Agency Case #: | Type: | Status: |
|---|---|---|---|
| **17200** | **15-116676** | **Adult PC Dec** | **Approved By Judge** <br> **5/29/2015 5:02 PM** |

| Officer: | Entered Date/Time: |
|---|---|
| **Joseph Galland** <br> **1027** <br> **Bakersfield Police Department** | **5/29/2015 4:22 PM** |

### Officer Signature

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Executed on **5/29/2015 4:22 PM** at Kern County, CA by **Joseph Galland**.

### Magistrate Signature

On the basis of the foregoing declaration, I hereby determine that **there is** probable cause to believe this arrestee has committed a crime.

Signed on **5/30/2015 12:02 AM** by **Brian McNamara**.

### Subject

| Subject Name: | Birth Date: | Birth Place: | Birth State: |
|---|---|---|---|
| **Jesus Andres Flores** | | -- | -- |

| Gender: | Race: | Height: | Weight: | Hair Color: | Eye Color: |
|---|---|---|---|---|---|
| **Male** | **Latino** | -- | **128** | **Brown** | **Brown** |

| SSN: | DL Number: | DL State: | DL Exp Date: |
|---|---|---|---|
| -- | **F7390553** | **CA** | -- |

| Address: | Home Phone: | Work Phone: | Mobile Phone: |
|---|---|---|---|
| **1729 Oregon St** <br> **Bakersfield, CA 93305** | -- | -- | -- |

### Arrest

| Offense Date/Time: | Offense Location: | Arrest Type: | Arrest Date/Time: | Court Division: |
|---|---|---|---|---|
| **5/21/2015 4:00 PM** | **City** | **Open** | **5/29/2015 4:00 PM** | **Superior Court-Metro Division** |

| Location of Arrest: | In Traffic Accident: | Physical Force Used: | Carotid Hold Placed: |
|---|---|---|---|
| **1601 Truxtun Ave** <br> **Bakersfield, CA 93301** | -- | -- | -- |

Vehicle:
**None**

### Narrative

**On 4/21/15 the victim, a 2 month old infant, was brought to the hospital in respiratory distress and with bruises on his face. Medical testing revealed the child had an acute brain injury. Follow-up medical testing showed numerous prior brain injuries and fractures in various states of healing. Medical experts have determined the child has suffered severe, permanent brain injury, and is currently in a coma being kept alive with a ventilator. Medical experts determined the child had suffered the most recent brain injuries as little as 10 minutes prior to the onset of the respiratory distress that prompted the call to 911. The only person alone with the child during the time period the injury occurred was the father, JESUS FLORES. Under Miranda, JESUS FLORES admitted to shaking the baby due to his frustration.**

### Offenses

| Code Section | Description | Severity | Count |
|---|---|---|---|

| PC 273A(A) | CHILD CRUELTY:POS INJ/DTH | Felony | 1 |
| PC 273AB(B) | ASLT CHILD-8:GBI:PERM INJ | Felony | 1 |
| PC 245(A)(4) | ADW/FORCE:POSSIBLE GBI * | Felony | 1 |

**Properties**

**Property Tag**

*No property tags*

**Intoxication**

| PAS/BA: | BAC: | Presumptive Test: | Narcotic Type: |
| No | -- | -- | -- |

**Victim**

| Age: | Gender: | Relation To Subject: |
| -- | -- | -- |

| Injuries: | Weapon: | Property Loss Value: |
| -- | -- | -- |

**Additional Hold Authorities**

| Parole: | Probation: | Warrant: | INS: | Other: |
| No | No | No | No | No |

**Request Deny Release**

*No requests to deny release*

© 2018 Starfire Development, Inc • v 1.0.0.29148