Michael G. Marderosian, No. 077296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD and JOSEPH GALLAND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS FLORES,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF BAKERSFIELD;<br>JOSEPH GALLAND; and<br>DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. 1:17-CV-01393-JLT<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>**DATE: November 25, 2019**<br>**TIME: 9:30 a.m.**<br>**JUDGE: Jennifer L. Thurston** |

   The Court is asked to take judicial notice of the following pursuant to Fed. R. Evid. 201:

   1.  June 2, 2015 Kern County Superior Court Criminal Hearing Transcript in the case of *People v. Jesus Flores*, Case No. BF160324A, attached hereto as Exhibit A.

   2.  June 11, 2015 Kern County Superior Court Criminal Hearing Transcript in the case of *People v. Jesus Flores*, Case No. BF160324A, attached hereto as Exhibit B.

   3.  July 30, 2015 Kern County Superior Court Criminal Hearing Transcript in the case of *People v. Jesus Flores*, Case No. BF160324A, attached hereto as Exhibit C.

///

4. September 15, 2015 Kern County Superior Court Criminal Hearing Transcript in the case of *People v. Jesus Flores*, Case No. BF160324A, attached hereto as Exhibit D.

5. October 21, 2015 Kern County Superior Court Criminal Preliminary Hearing Transcript in the case of *People v. Jesus Flores*, Case No. BF160324A, attached hereto as Exhibit E.

Dated: October 21, 2019                                   MARDEROSIAN & COHEN

By: */s/ Michael G. Marderosian*
Michael G. Marderosian,
Attorney for Defendants above-named.

MARDEROSIAN & COHEN
1260 FULTON STREET
FRESNO, CA 93721