Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD and JOSEPH GALLAND

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS FLORES,<br><br>           Plaintiff,<br><br>    vs.<br><br>CITY OF BAKERSFIELD,<br>JOSEPH GALLAND, and DOES 1-10,<br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 1:17-CV-01393-JLT

**STIPULATION DISMISSING CERTAIN CLAIMS WITH PREJUDICE; [~~PROPOSED~~] ORDER THEREON**
(Doc. 31)

    **IT IS HEREBY STIPULATED**, by and between the parties hereto, by and through their respective counsel of record, that the following claims be dismissed in their entirety, with prejudice:

    1.      Plaintiff's Third Claim for Relief – Municipal Liability (42 U.S.C. Section 1983).

    2.      Plaintiff's Sixth Claim for Relief – Wrongful Prosecution (California Law).

## STIPULATION

    The parties have met and conferred regarding the Defendants' contemplated dispositive motion in this matter. They have arrived at the following stipulation and proposed order, with which they propose

to compromise with respect to a number of issues raised. Specifically, the parties stipulate that (and request that the Court enter an order confirming that):

1. Plaintiff's Third Claim for Relief – Municipal Liability (42 U.S.C. Section 1983); be dismissed with prejudice.

2. Plaintiff's Sixth Claim for Relief – Wrongful Prosecution (California Law) be dismissed with prejudice.

3. Defendants agree to waive costs relating to these claims.

4. The parties jointly request that the Court enter an order consistent with this Stipulation.

Dated: October 22, 2019                THE LAW OFFICE OF THOMAS C. SEABAUGH

                                     */s/ Thomas C. Seabaugh*
                          By:_____
                                   Thomas C. Seabaugh,
                                   Attorneys for Plaintiff

Dated: Dated: October 22, 2019          MARDEROSIAN & COHEN

                                     */s/ Michael G. Marderosian*
                          By:_____
                                   Michael G. Marderosian,
                                   Attorneys for Defendants
                                   above-named.

## ~~PROPOSED~~ ORDER

Before the Court is a Stipulation among the parties with which they propose to resolve certain issues arising with respect to the Defendants' contemplated dispositive motion by means of a compromise. Good cause appearing, the Court adopts the parties' stipulation and orders that the following claims for relief in the Plaintiffs' First Amended Complaint are **DISMISSED WITH PREJUDICE** with each side to bear its own fees and costs as to those claims:

1. Plaintiff's Third Claim for Relief – Municipal Liability (42 U.S.C. Section 1983).

2. Plaintiff's Sixth Claim for Relief – Wrongful Prosecution (California Law).

2.     Defendants reserve the right to file a dispositive motion as to the remaining causes of action.

IT IS SO ORDERED.

Dated:     **October 22, 2019**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE