Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD and JOSEPH GALLAND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS FLORES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF BAKERSFIELD, ) <br> JOSEPH GALLAND, and DOES 1-10, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:17-CV-01393-JLT <br><br> **[~~PROPOSED~~] ORDER RE DEFENDANTS' REQUEST TO SEAL EXHIBIT 14 TO THE DECLARATION OF MICHAEL G. MARDEROSIAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br> (Doc. 33) |

Defendants City of Bakersfield's and Joseph Gallands' Notice and Request to Seal Exhibit 14 to the Declaration of Michael G. Marderosian in Support of Defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment consisting of Confidential records of Valley Children's Hospital is **GRANTED**.

///

///

1

These documents are to be emailed to ApprovedSealed@caed.uscourts.gov for filing under seal.

IT IS SO ORDERED.

Dated: __**October 22, 2019**__            _____**/s/ Jennifer L. Thurston**_____
                                                                    UNITED STATES MAGISTRATE JUDGE