THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
601 West Fifth Street, Eighth Floor
Los Angeles, California 90071
Telephone: (213) 225-5850

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS FLORES,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF BAKERSFIELD;<br>JOSEPH GALLAND;<br>and DOES 1-10,<br><br>          Defendants. | Case No.: 1:17-cv-01393-JLT<br><br>*Hon. Jennifer L. Thurston*<br><br>**JOINT STIPULATION REGARDING REPLY BRIEF DEADLINE AND HEARING DATE FOR PENDING MOTION FOR SUMMARY JUDGMENT** |

## **STIPULATION**

The parties to this action jointly, through their respective attorneys of record, stipulate as follows:

1. Due to a death in the family, Defendants' counsel request an extension of time to file their reply brief in regards to the pending motion for summary judgment. Plaintiff does not oppose this request.

2. The parties propose that the hearing date, currently scheduled for November 25, 2019, be continued to December 5, 2019. The deadline to file a reply brief is proposed to be continued to November 27, 2019.

**1**     3.     A proposed order is submitted herewith, which the parties jointly
**2** request that the Court enter.
**3**         Respectfully Submitted,
**4**
**5** Dated: November 15, 2019         LAW OFFICE OF THOMAS C. SEABAUGH

**6**                                 */s/ Thomas C. Seabaugh*
                                  Thomas C. Seabaugh
**7**                                 *Attorney for Plaintiff*

**8** Dated: November 15, 2019         MAREROSIAN & COHEN

**9**                                 */s/ Michael G. Marderosian*
                                  Michael G. Marderosian
**10**                                *Attorneys for Defendants*

**11**
**12**
**13**
**14**
**15**
**16**
**17**
**18**
**19**
**20**
**21**
**22**
**23**
**24**
**25**
**26**
**27**
**28**