THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
601 West Fifth Street, Eighth Floor
Los Angeles, California 90071
Telephone: (213) 225-5850

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS FLORES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF BAKERSFIELD;<br>JOSEPH GALLAND;<br>and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 1:17-cv-01393- JLT<br><br>**~~PROPOSED~~ ORDER ON JOINT STIPULATION REGARDING REPLY BRIEF DEADLINE AND HEARING DATE FOR PENDING MOTION FOR SUMMARY JUDGMENT**<br>**(Doc. 41)** |

~~Proposed~~ Order

Before the Court is a stipulation among the parties. Having reviewed the parties' stipulation and accompanying documents, and good cause appearing, the Court **ORDERS**:

1. The optional reply brief is due on November 27, 2019;
2. The hearing on the motion for summary judgment is CONTINUED to

The hearing date on the pending motion for summary judgment, currently scheduled for November 25, 2019, is continued to December 11, 2019 at 9:30 in the morning. Defendants' deadline to file a reply brief is continued to November 27, 2019.

IT IS SO ORDERED.

Dated: **November 15, 2019**      /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE